United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD BERBERIAN, et al.,

    Plaintiffs,

v.

ALVIN HANSEN, et al,

    Defendants.
_____/

No. C 07-5446   JL

**ORDER DENYING IFP APPLICATION**

The Court received the application of Defendant Alvin Hansen to proceed in forma pauperis "IFP"). Normally, a magistrate judge would not have jurisdiction to deny such an application, without the consent of the party. *Tripati v Rison,* 847 F.2d 548 (9th Cir. 1988) However, in this instance, the Defendant has mistakenly filed an application for relief from the filing fee, despite his having no obligation to pay any fee for defending in this case. Accordingly, this Court's denial will have no effect on Defendant's claims or defenses, is not a dispositive order, and the Court hereby denies the application.

    IT IS SO ORDERED.

    DATED: November 19, 2007

                                                  _____
                                                  James Larson
                                                  Chief Magistrate Judge