PATRICK K. FAULKNER, COUNTY COUNSEL
JACK F. GOVI, Assistant County Counsel
3501 Civic Center Center Drive, Suite 275
San Rafael, CA  94903
(415) 499-6117 Telephone
(415) 499-3796 Facsimile

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BERBIAN, ET AL<br><br>      Petitioner<br><br>v.<br><br>ALVIN HANSEN, WILLIAM THOMSON AND ROBERT SUDAR<br><br>      Respondents | No. C 07-5446<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 11/19/07

Signature _____

Counsel for Petitoners
(Plaintiff, Defendant, or indicate "pro se")

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Marin County Counsel, 3501 Civic Center Dr., Room 303 San Rafael, CA 94903. On November 19, 2007, I served the within document(s):

**Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge.**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail by CERTIFIED MAIL, at San Rafael, California addressed as set forth below.

☐ by causing personal delivery by (name of person) of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by overnight delivery to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) set forth below.

William Thomson
911 Douglas Blvd., Suite 85-439
Roseville, CA 95661

Robert Sudar
3675 S. Rainbow Blvd.
#107-B106
Las Vegas, NV 89103

Alivin Hansen
911 Douglas Blvd., Suite 85-439
Roseville, CA 95661

    I am readily familiar with the County's practice of collection and processing correspondence for mailing and overnight delivery. Under that practice it would be deposited with the U. S. postal service/overnight delivery service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 19, 2007, at San Rafael, California.

PATRICIA JACKSON

24722.doc