PATRICK K. FAULKNER, COUNTY COUNSEL
JACK F. GOVI, Assistant County Counsel
3501 Civic Center Drive, Suite 275
San Rafael, CA 94903
Telephone: 415-499-6117
Facsimile:   415-499-3796

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BERBERIAN, TOM BROWN, YVETTE MARTINEZ, LINDA WITONG, VERNA ADAMS, JOHN SUTRO, JOAN THAYER AND PAULA KAMENA,<br><br>Petitioners,<br><br>vs.<br><br>ALVIN HANSEN, WILLIAM THOMSON AND ROBERT SUDAR,<br><br>Respondents. | Case No. C07 5446<br><br>PETITIONERS' NOTICE OF MOTION AND MOTION FOR REMAND<br><br>[28 U.S.C. 1447(c)]<br><br>Date:  January 16, 2007<br><br>Time:  9:30 a.m.<br><br>Dept:  TBA |

PLEASE TAKE NOTICE THAT ON WEDNESDAY, January 16, 2008 at 9:30 a.m. in a department to assigned at the United States District Court for the Northern District of California located at 450 Golden Gate Avenue, San Francisco, CA, Petitioners, by and through their counsel, the Marin County Counsel, will request the Court to remand the case entitled, <u>Berberian, et al. v. Hansen, et al.</u>, Marin County Superior Court No. Civil 07-2786, back to the Marin County Superior Court, a state court, on the grounds that there is no subject matter jurisdiction since: (1) two Respondents, Alvin Hansen and William Thomson,

are domiciled in California, thus defeating Respondent Sudar's claim that there is diversity of citizenship; and (2) the amount in controversy does not exceed the minimum of $75,000.00 for federal court jurisdiction.

This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities and any evidence adduced at the hearing on the Motion.

Dated:  November 20, 2007              Respectfully Submitted,

PATRICK K. FAULKNER, COUNTY COUNSEL

By: _____
Jack F. Govi, Assistant County Counsel

25360.doc

2

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Marin County Counsel, 3501 Civic Center Dr., Room 303 San Rafael, CA 94903. On November 20, 2007, I served the within document(s):

Petitioner's Notice of Motion and Motion for Remand; Memorandum of Points and Authorities in support of Motion for Remand with Exhibits; and Proposed Order

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

X    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail by CERTIFIED MAIL, at San Rafael, California addressed as set forth below.

☐    by causing personal delivery by (name of person) of the document(s) listed above to the person(s) at the address(es) set forth below.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

X    by overnight delivery to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) set forth below.

William Thomson
911 Douglas Blvd., Suite 85-439
Roseville, CA 95661
Via Federal Express

Robert Sudar
3675 S. Rainbow Blvd.
#107-B106
Las Vegas, NV 89103
Via First Class Mail and Federal Express

Alivin Hansen
911 Douglas Blvd., Suite 85-439
Roseville, CA 95661
Via Federal Express

    I am readily familiar with the County's practice of collection and processing correspondence for mailing and overnight delivery. Under that practice it would be deposited with the U. S. postal service/overnight delivery service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 20, 2007, at San Rafael, California.

*[signature]*
PATRICIA JACKSON

25518.doc