PATRICK K. FAULKNER, COUNTY COUNSEL
Jack F. Govi, Assistant County Counsel SBN 88483
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for the Petitioners

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BERBERIAN, TOM BROWN, YVETTE MARTINEZ, LINDA WITONG, VERNA ADAMS, JOHN SUTRO, JOAN THAYERR AND PAULA KAMENA, | Case No. C07 5446 |
| | **PETITIONERS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR REMAND** |
| **Petitioners,** | **[28 U.S.C. 1447(c)]** |
| **vs.** | **Date: January 16, 2007** |
| **ALVIN HANSEN, WILLIAM THOMSON AND ROBERT SUDAR,** | **Time: 9:30 a.m.** **Dept: TBA** |
| **Respondents.** | |
| _____/ | |

Petitioners, by and through their counsel, the Marin County Counsel, request the Court to remand the case entitled, Berberian, et al. v. Hansen, et al., Marin County Superior Court No. Civil 07-2786, back to the Marin County Superior Court, a state court, on the grounds that there is no subject matter jurisdiction since two Respondents, Alvin Hansen and William Thomson, are domiciled in California, thus defeating Respondent Sudar's claim that there is diversity of citizenship. Further, Petitioners' Motion is also based upon the fact that the amount in controversy does not exceed $75,000.00.

This Motion is based upon the attached Memorandum of Points and Authorities and any evidence adduced at the hearing on the Motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

## STATEMENT OF FACTS

Petitioners are public officials or retired public officials who were victimized by the filing of false judgment liens by the Respondents. Petitioners include the District Attorney of Marin County (Berberian), three Deputy District Attorneys (Brown, Martinez and Witong), two Marin Superior Court Judges (Sutro and Adams), the County Assessor (Thayer) and the retired District Attorney of Marin County (Kamena).

Respondent Robert Sudar participated in the filing of false judgment liens against the Petitioners following his arrest and prosecution for several crimes in Marin County. That prosecution is pending in Marin Superior Court [see **Exhibit A**, attached hereto and incorporated herein by reference]. Respondents filed the false Judgment Liens with the Secretary of State with the intent to annoy, harass and intimidate the Petitioners following the initiation of the criminal prosecution against Respondent Sudar in Marin County [see **Exhibit B**, filings by Respondents with Secretary of State of California, attached hereto and incorporated herein by reference].

Petitioners requested Marin County Counsel to petition the Superior Court to have these false judgment liens stricken pursuant to California Government Code Section 6223. California Code of Civil Procedure Section 765.010 specifies a procedure for such removal. On June 13, 2007, Petitioners filed the Petition against Respondents to strike the false judgment liens and to request other relief including costs, attorney fees and statutory penalties [see **Exhibit C**, Petition, attached hereto and incorporated herein by reference]. All of the Respondents were

2

1    eventually served by September 24, 2007 including Respondent Sudar who was personally

2    served at the Marin County Superior Court on September 24, 2007.

3
4          Respondent Sudar claims that he is domiciled in Nevada. This claim is dubious at best

5    since attempts at serving Mr. Sudar in Nevada were unsuccessful and the information gained

6    revealed that he had moved to California. The only connection to Nevada was a mail and copy

7    service where he evidently has a post office box [see **Exhibit D**, Declaration of Lenore

8    Hansen, attached hereto and incorporated herein by reference].

9
10          The two other Respondents, Alvin Hansen and William Thomson both reside in the

11   Sacramento area of California and are domiciled there. Both Thomson and Hansen were

12   served with process at their residences in California and William Thomson has advised

13   counsel for Respondent in a letter dated November 19, 2007, that he and Respondent Hansen

14   reside and are domiciled in California. Respondent Sudar is well acquainted with fellow

15   Respondents Thomson and Hansen since he is the beneficiary of their trust, the Penneband

16   Trust and Respondent Sudar is aware that Hansen and Thomson are domiciled in California

17
18   [see **Exhibit E**, Personal Service of Alvin Hansen and William Thomson; see **Exhibit F**, letter

19   from William Thomson to Jack F. Govi, attached hereto and incorporated herein by reference].

20          Respondent Sudar filed the Notice of Removal in this Court on October 24, 2007, which

21   was on the eve of the hearing in Marin Superior Court in the state court action that he

22   removed. That hearing was scheduled to occur on November 6, 2007 [see Declaration of Jack

23
24   F. Govi, attached hereto as **Exhibit G** and incorporated herein by reference].

25          Petitioners have incurred costs and attorney fees in bringing this Motion to Remand.

26   Counsel for Petitioners has expended ten hours of legal services in bringing this motion and

27   expects to expend another four hours to prepare for the hearing, travel to and from the hearing

28

and argue the Motion at the hearing for a total of 14 hours.  Depending upon the calculation used for the County Counsel hourly rate (i.e., the actual overhead amount of $175 per hour or the reasonable customary amount in the Bay Area of $250 per hour), the attorney fees are either $2,450 (14 hours at $175 per hour) or $3500 (14 hours at $250 per hour) [see **Exhibit G**].

**ARGUMENT**

**I**

**THE FEDERAL COURT LACKS SUBJECT MATTER JURISDICTION**

**A.      There is No Diversity of Citizenship**

Federal courts lack subject matter jurisdiction to hear a matter involving state claims where there is no diversity of citizenship.  28 U.S.C. §1447(c); *International Primate Protection League v. Administrators of Tulane Ed. Fund* (1991) 500 US 72, 87.   Diversity of citizenship requires that *all* of the defendants be a citizen of a state that is different from the state where plaintiff resides.   28 U.S.C. §1441(b).  Since the citizenship of all defendants—both served and unserved—determines diversity of citizenship, the fact that one of the defendants is local destroys any diversity of citizenship claim and thus, mandates remand back to state court. *Pecherski v. General Motors Corp.* (8th Cir. 1981) 636 F.2d 1156, 1160.

In the instant case, two of the Respondents reside and are domiciled in the Sacramento area of California [See Exhibits E and F].  Since these two defendants are local, removal to Federal Court was improper.  Accordingly, remand is warranted.

//

//

4

**B.    The Amount in Controversy Does Not Exceed $75,000.**

Even if complete diversity of citizenship existed—and it does not—Respondent Sudar has improperly removed this case because the amount in controversy does not exceed $75,000.

A party may not remove a case to federal court based on diversity of citizenship where the amount in controversy does not exceed the minimum federal jurisdiction, $75,000. 28 USC § 1332(a). The amount is tested at the time of removal, and not as increased or decreased due to later events. *Merit-care Inc. v. St. Paul Mercury Ins. Co.* (3rd Cir. 1999) 166 F.3d 214, 217-218.

Here, the amount in controversy including statutory penalties, fees and costs against Respondent Sudar does not exceed $75,000. In the underlying Petition, Petitioners request a total of $40,000.00 plus costs and attorney fees from all of the Respondents. This total is not cumulative and attorney fees and costs are less than $20,000.00 [See Exhibits C and G]. Thus, even if Respondent Sudar could establish some *hypothetical* diversity of citizenship, the amount in controversy does not warrant removal to federal court.

II

**THE COURT SHOULD ORDER COSTS, ATTORNEY FEES AND OTHER ACTUAL EXPENSES TO THE PETITIONERS ON THE GROUNDS THAT RESPONDENT ROBERT SUDAR HAS ENGAGED IN A PATTERN OF DELAY, HARASSMENT AND INTIMIDATION OF THE PETITIONERS**

On granting a motion for remand, this Court may order the respondent to pay petitioner its "just costs and any actual expenses, including attorneys' fees, incurred as a result of the removal." 28 USC §1447(c). The purpose behind this statute is to deter the possibility of abuse and harassment. *Circle Industries USA v. Parke Constitutional Group, Inc.* (2nd Cir. 1999) 183 F.3d 105, 109. In order to obtain fees and costs, it is not necessary to show that the

removing party's position was frivolous, unreasonable or without foundation. *Martin v. Franklin Capital Corp.* (2005) 546 US 132, 138-139.   Rather, costs and fees may be awarded where the removing party did not have an objective reasonable basis for removal. *Id.* at 141.

Here, Respondent Robert Sudar had no objectively reasonable basis for believing that complete diversity of citizenship existed amongst all Petitioners and Respondents.  While his Removal pleadings state he does not know whether the remaining Respondents reside outside of California, this declaration is doubtful given that he is a beneficiary of Respondents' trust. Moreover, given the fact that Respondent Thomson states that he is well acquainted with Respondent Sudar and that Sudar is aware that Respondents Thomson and Hansen reside in California, Sudar's position is, at best, self-serving.

Respondent Sudar is a savvy individual who has engaged in a pattern of harassment, annoyance and intimidation of the Petitioners since his arrest and prosecution for several alleged crimes in Marin County.  His latest attempt at such harassment is the thwarting of the hearing in state court in this civil action that was scheduled for disposition on November 6, 2007.  Knowing that the other two Respondents reside and are domiciled in California, Sudar filed a Notice of Removal, wreaking havoc on the ability of the state court case to proceed.

Indeed, while Mr. Sudar is not a licensed attorney, he is sophisticated in his ability to maneuver the legal system to his liking.  For example, in addition to his Notice of Removal, the Court need only review the packet of judgment liens (i.e., false judgment liens) that were filed by the Respondents against Petitioners.

The underlying civil case in state court involves Sudar's malicious attempts to annoy, harass and intimidate public officials in Marin County.  There is absolutely no merit to the filing of the judgment liens.  Notwithstanding the lack of merit, Sudar participated in the filing of such

liens, knowing that it would adversely impact the credit and credit ratings of the Petitioners in their individual capacities.

This Court should order that Sudar pay the costs, expenses and attorney fees of the Petitioners in their efforts to remand this case back to state court on the grounds that: (1) he had no objective reasonable basis for removal; and/or (2) the evidence shows that Respondent Sudar is attempting to thwart the ability of the state court to hear the case and that he intended to annoy, harass and intimidate the Petitioners. Counsel for Petitioners has set forth his costs, expenses and attorney fees in Exhibit G. Those costs and attorney fees total $2,450.00 at a minimum based upon the County Counsel overhead hourly amount of $175 per hour times 14 hours of legal services expended by counsel.

Dated:          November 20, 2007          Respectfully Submitted,

PATRICK K. FAULKNER, COUNTY COUNSEL

By: _____

Jack F. Govi, Assistant County Counsel

# EXHIBIT "A"

EDWARD S. BERBERIAN
MARIN COUNTY DISTRICT ATTORNEY
STATE BAR NUMBER 065187
3501 CIVIC CENTER DRIVE, ROOM 130
SAN RAFAEL, CA 94903-4196
TELEPHONE: (415) 499-6450
FAX NUMBER: (415) 499-3719

SC144760A
DA CASE: INF I144760

ATTORNEY FOR THE PLAINTIFF

FILED

DEC 0 6 2006

KIM TURNER
Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By: B. Banut, Deputy

SUPERIOR COURT OF CALIFORNIA

COUNTY OF MARIN

PEOPLE OF THE STATE OF CALIFORNIA,          )
                                            )
                          PLAINTIFF,        )
                                            )
              v.                            )   INFORMATION
                                            )   SC144760A
ROBERT CHARLES SUDAR,                       )
                                            )
_____ DEFENDANT.    )

        THE DISTRICT ATTORNEY OF THE COUNTY OF MARIN, HEREBY
ACCUSES THE SAID DEFENDANT OF THE FOLLOWING CRIMES COMMITTED IN
THE COUNTY OF MARIN, STATE OF CALIFORNIA:

COUNT 001:   On or about November 9, 2005, to November 23, 2005,

the crime of STALKING, in violation of Section 646.9(a) of the

Penal Code, a felony, was committed by ROBERT CHARLES SUDAR, who,

at the time and place last aforesaid, did willfully, unlawfully,

maliciously, and repeatedly follow and harass another, to wit:

Beth Zamichow, and make a credible threat with the intent to

place that person in reasonable fear for her safety.


COUNT 002: For a further and separate accusation, being a

different offense from but connected in its commission with the

charge set forth in Count 001, the District Attorney of the

INFORMATION

FILE COPY

ROBERT CHARLES SUDAR                                    SC144760A

County of Marin further accuses said defendant as follows:  On or about November 9, 2005, the crime of RESIDENTIAL BURGLARY, in violation of Section 459 of the Penal Code, a felony, was committed by ROBERT CHARLES SUDAR, who, at the time and place last aforesaid, did willfully and unlawfully enter an inhabited dwelling house, occupied by Beth Zamichow, with the intent to commit a larceny and any felony.

COUNT 003: For a further and separate accusation, being a different offense of the same class of crimes and offenses as the charge set forth in Count 002, the District Attorney of the County of Marin further accuses said defendant as follows:  On or about November 22, 2005, the crime of RESIDENTIAL BURGLARY, in violation of Section 459 of the Penal Code, a felony, was committed by ROBERT CHARLES SUDAR, who, at the time and place last aforesaid, did willfully and unlawfully enter an inhabited dwelling house, occupied by Beth Zamichow, with the intent to commit a larceny and any felony.

IT IS FURTHER ALLEGED, as to Counts 2 and 3, that the above offenses, committed by the said defendant, ROBERT CHARLES SUDAR, are serious felonies, within the meaning of Penal Code Section 1192.7(c)(18).

IT IS FURTHER ALLEGED, as to Counts 2 and 3, that the above offenses, committed by the said defendant, ROBERT CHARLES SUDAR, are violent felonies and/or serious felonies, within the meaning

INFORMATION

ROBERT CHARLES SUDAR                                    SC144760A

of Penal Code Sections 1170.12(a), (b), and (c).


IT IS FURTHER ALLEGED, as to Counts 2 and 3, that the above offense(s) committed by the said defendant, ROBERT CHARLES SUDAR, is one within the meaning of Section 462(a) of the Penal Code.


COUNT 004: For a further and separate accusation, being a different offense from but connected in its commission with the charge set forth in Count 003, the District Attorney of the County of Marin further accuses said defendant as follows: On or about November 9, 2005, to November 22, 2005, the crime of AN UNAUTHORIZED ALTERATION OR DAMAGE OF COMPUTER DATA, SOFTWARE, OR PROGRAMS, in violation of section 502(c)(4) of the Penal Code, a felony, was committed by the defendant, ROBERT CHARLES SUDAR, who, at the time and place last aforesaid, did knowingly and without permission, add, alter, damage, delete, and destroy data, computer software, and computer programs which reside and exist internal or external to a computer, computer system or computer network of another, to wit: Beth Zamichow.


COUNT 005: For a further and separate accusation, being a different offense from but connected in its commission with the charge set forth in Count 004, the District Attorney of the County of Marin further accuses said defendant as follows:  On or about November 24, 2005, to December 1, 2005, the crime of RECEIVING STOLEN PROPERTY, in violation of Section 496(a) of the Penal Code, a felony, was committed by ROBERT CHARLES SUDAR, who,

INFORMATION

ROBERT CHARLES SUDAR                                    SC144760A

at the time and place last aforesaid, did willfully and
unlawfully buy, receive, conceal, sell, withhold, and aid in
concealing, selling, and withholding property, to wit: pictures,
which had been stolen and obtained by extortion, knowing that
said property had been stolen and obtained by extortion.

COUNT 006: For a further and separate accusation, being a
different offense from but connected in its commission with the
charge set forth in Count 005, the District Attorney of the
County of Marin further accuses said defendant as follows:  On or
about October 13, 2005, to November 17, 2005, the crime of
EAVESDROPPING, in violation of Section 632(a) of the Penal Code,
a felony, was committed by ROBERT CHARLES SUDAR, who, at the time
and place last aforesaid, did willfully and unlawfully, and
without consent of all parties to a confidential communication,
by means of an electronic recording device, eavesdrop upon and
record the confidential communication, when communication was
carried on among the parties by means of a telephone, telegraph,
and other device.

INFORMATION

ROBERT CHARLES SUDAR                                    SC144760A

NOTICE:  Conviction of this offenses, as to Counts 1, 2, 3,
4, 5, and 6, will require the said defendant, ROBERT CHARLES
SUDAR, to provide specimens and samples pursuant to Penal Code
Section 296.  Willful refusal to provide the specimens and
samples is a crime.

ALL OF WHICH IS CONTRARY TO THE FORM, FORCE AND EFFECT
OF THE STATUTE IN SUCH CASE MADE AND PROVIDED, AND AGAINST THE
PEACE AND DIGNITY OF THE PEOPLE OF THE STATE OF CALIFORNIA.

EDWARD S. BERBERIAN
DISTRICT ATTORNEY
COUNTY OF MARIN
STATE OF CALIFORNIA

_____
DISTRICT ATTORNEY

INFORMATION

EDWARD S. BERBERIAN                                    SC144760
MARIN COUNTY
DISTRICT ATTORNEY
LINDA M. WITONG
DEPUTY DISTRICT ATTORNEY
STATE BAR NUMBER 085743
3501 CIVIC CENTER DRIVE, ROOM 130
SAN RAFAEL, CA 94903-4196
TELEPHONE: (415) 499-6450
FAX NUMBER: (415) 499-3719

ATTORNEYS FOR THE PLAINTIFF


SUPERIOR COURT OF CALIFORNIA

COUNTY OF MARIN


| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) | NO. SC144760 |
|---|---|---|
| PLAINTIFF, | ) ) ) | AGENCY CASE NO(S). TC05001842 |
| v. | ) ) | COMPLAINT |
| ROBERT CHARLES SUDAR, | ) ) | |
| DEFENDANT(S). | ) ) | |

     I, THE UNDERSIGNED, SAY, ON INFORMATION AND BELIEF, THAT IN
THE COUNTY OF MARIN, STATE OF CALIFORNIA:

COUNT 001:   On or about November 9, 2005, to November 23, 2005,

the crime of STALKING, in violation of Section 646.9(a) of the

Penal Code, a felony, was committed by ROBERT CHARLES SUDAR, who,

at the time and place last aforesaid, did willfully, unlawfully,

maliciously, and repeatedly follow and harass another, to wit:

Beth Zamichow, and make a credible threat with the intent to

place that person in reasonable fear for his/her safety.


COUNT 002: For a further and separate cause of complaint, being a

different offense from but connected in its commission with the

Page 1 of 5

charge set forth in Count 001, complainant further complains and says:  On or about November 9, 2005, the crime of RESIDENTIAL BURGLARY, in violation of Section 459 of the Penal Code, a felony, was committed by ROBERT CHARLES SUDAR, who, at the time and place last aforesaid, did willfully and unlawfully enter an inhabited dwelling house, occupied by Beth Zamichow, with the intent to commit a larceny and any felony.

COUNT 003: For a further and separate cause of complaint, being a different offense of the same class of crimes and offenses as the charge set forth in Count 002, complainant further complains and says:  On or about November 22, 2005, the crime of RESIDENTIAL BURGLARY, in violation of Section 459 of the Penal Code, a felony, was committed by ROBERT CHARLES SUDAR, who, at the time and place last aforesaid, did willfully and unlawfully enter an inhabited dwelling house, occupied by Beth Zamichow, with the intent to commit a larceny and any felony.

IT IS FURTHER ALLEGED, as to Counts 2 and 3, that the above offense, committed by the said defendant(s), ROBERT CHARLES SUDAR, is a serious felony, within the meaning of Penal Code Section 1192.7(c)(18).

IT IS FURTHER ALLEGED, as to Counts 2 and 3, that the above offense, committed by the said defendant(s), ROBERT CHARLES SUDAR, is a violent felony and/or serious felony, within the meaning of Penal Code Sections 1170.12(a), (b), and (c).

ROBERT CHARLES SUDAR

SC144760

IT IS FURTHER ALLEGED, as to Counts 2 and 3, that the above offense committed by the said defendant(s), ROBERT CHARLES SUDAR, is one within the meaning of Section 462(a) of the Penal Code.

NOTICE:  Conviction of this offense(s), as to Counts 2 and 3, will require the said defendant(s), ROBERT CHARLES SUDAR, to provide specimens and samples pursuant to Penal Code Section 296. Willful refusal to provide the specimens and samples is a crime.

COUNT 004: For a further and separate cause of complaint, being a different offense from but connected in its commission with the charge set forth in Count 003, complainant further complains and says: On or about November 9, 2005, to November 22, 2005, the crime of AN UNAUTHORIZED ALTERATION OR DAMAGE OF COMPUTER DATA, SOFTWARE, OR PROGRAMS, in violation of section 502(c)(4) of the Penal Code, a felony, was committed by the Defendant ROBERT CHARLES SUDAR, who, at the time and place last aforesaid, did knowingly and without permission, add, alter, damage, delete, and destroy data, computer software, and computer programs which reside and exist internal or external to a computer, computer system or computer network of another, to wit: Beth Zamichow.

COUNT 005: For a further and separate cause of complaint, being a different offense from but connected in its commission with the charge set forth in Count 004, complainant further complains and says:  On or about November 26, 2005, the crime of RECEIVING

Page 3 of 5

# EXHIBIT "B"



SECRETARY OF STATE

STATE OF CALIFORNIA


**UCC Filing Acknowledgement**

03/15/2007

Page 1 of 7

PENNIBANC TRUST/ ABVA GROUP TRUST
INTERNATIONAL
ALVIN JOSEPH HANSEN, JUDGMENT LIEN
CREDITOR
1911 DOUGLAS BLVD STE 85-439
ROSEVILLE CA 95661

| | |
|---|---|
| 3 or more pages: | $20.00 |
| Special Handling Fee: | $6.00 |
| Total Fee: | **$26.00** |

The California Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Filing Type: **Judgement Lien**

Filing Number: **07-7106245860**

File Date: **03/13/2007**

Lapse Date: **03/13/2012**

File Time: **16:31**

Debtor(s):

| | |
|---|---|
| ORGANIZATION | FORMER MARIN COUNTY, JOAN C. THAYER, PAULA KAMENA, EDWARD BERBERIALN, ALVIN JAMES HANSEN, |
| | ANDERSON, ZIEGLER, DISHAROON, GALLAGHER & |
| | 3501 CIVIC CENTER DRIVE SAN RAFAEL CA USA 94903 |
| INDIVIDUAL | ZAMICHOW, BETH, FELON, |
| | 3501 CIVIC CENTER SAN RAFAEL CA USA 94903 |
| INDIVIDUAL | HUNTER, DIANA, BOSART, MS |
| | 3501 CIVIC CENTER DRIVE SAN RAFAEL CA USA 94903 |
| ORGANIZATION | SHIRLEY G. LUTHMAN FELONY ENTERPRISES CONSPIRATOR DEBTOR FELON |
| | 3501 CIVIC CENTER DRIVE SAN RAFAEL CA USA 94903 |
| ORGANIZATION | ALAMEDA COUNTY, JERRY BROWN, SUSANN S. ALEXANDER, ESQ. PATRICK OCONNELL CLERK SHERIFF CHARLES PLUMMER FELONS |
| | 1106 MADISON ST OAKLAND CA USA 94612 |
| ORGANIZATION | STATE, SONOMA, NAPA, SACRAMENTO, YOLO, SUTTER, PLUMAS, SAN DIEGO, SAN FRANCISCO, BUTTE, PLACER COUNTIES. FELONS |
| | 1150 11TH STREET SACRAMENTO CA USA 95814 |
| ORGANIZATION | ANDERSON, ZEIGLER, DISHAROON, GALLAGER & GRAY, ALVIN JAMES HANSEN FORGERS CA UCC NO 94122638 EMBEZZLERS 1993-2007 |

| | |
|---|---|
| | 50 OLD COURTHOUSE SQ. SANTA ROSA CA USA 95601 |
| INDIVIDUAL | ZAMICHOW, BETH, FELON, MS<br>3501 CIVIC CENTER SAN RAFAEL CA USA 94903 |
| INDIVIDUAL | HUNTER, DIANA, BOSART, MS<br>3501 CIVIC CENTER SAN RAFAEL CA USA 94903 |
| ORGANIZATION | SHIRLEY G. LUTHMAN FELONY ENTERPRISES<br>CONSPIRATOR DEBTOR FELON<br>3501 CIVIC CENTER SAN RAFAEL CA USA 94903 |
| ORGANIZATION | SOCIAL SECURITY, CHASE MANHATTAN BANK, U.S.<br>TREASURY JUDGMENT LIEN FILE NO 05-7034332734<br>1221 NEVIN STR RICHMOND CA USA 94804 |
| ORGANIZATION | INTERNAL REVENUE SERVICE INC A DELAWARE CORP<br>FELONS KIDNAP EMBEZZLEMENT ID THEFT, MURDER<br>ATTEMPTED MURDER.<br>401 FEDERAL STREET SUITE DOVER DE USA 19901 |
| ORGANIZATION | ANDERSON, ZEIGLER, DISHAROON, GALLAGHER &<br>GRAY, ALVIN JAMES HANSEN FORGERS CA UCC NO<br>94122638 EMBEZZLERS 1993-2007<br>2915 PEPPER RD AMADOR CITY CA USA 95601 |
| ORGANIZATION | SOCIAL SECURITY, CHASE MANHATTAN BANK, U.S.<br>TREASURY JUDGMENT LIEN FILE NO 05-7034332734<br>1221 NEVIN STR RICHMOND CA USA 94804 |
| ORGANIZATION | INTERNAL REVENUE SERVICE INC A DELAWARE CORP<br>FELONS KIDNAP EMBEZZLEMENT ID THEFT, MURDER<br>ATTEMPTED MURDER.<br>401 FEDERAL STREET SUITE DOVER DE USA 19901 |
| ORGANIZATION | ANDERSON, ZEIGLER, DISHAROON, GALLAGER & GRAY,<br>ALVIN JAMES HANSEN FORGERS CA UCC NO 94122638<br>EMBEZZLERS 1993-2007<br>2915 PEPPER RD PETALUMA CA USA 95601 |
| ORGANIZATION | SOCIAL SECURITY, CHASE MANHATTAN BANK, U.S.<br>TREASURY JUDGMENT LIEN FILE NO 05-7034332734<br>1221 NEVIN STR RICHMOND CA USA 94804 |
| ORGANIZATION | INTERNAL REVENUE SERVICE INC A DELAWARE CORP<br>FELONS KIDNAP EMBEZZLEMENT ID THEFT, MURDER<br>ATTEMPTED MURDER.<br>401 FEDERAL STREET SUITE DOVER DE USA 19901 |
| ORGANIZATION | ANDERSON, ZEIGLER, DISHAROON, GALLAGER & GRAY,<br>ALVIN JAMES HANSEN FORGERS CA UCC NO 94122638<br>EMBEZZLERS 1993-2007<br>2915 PEPPER RD PETALUMA CA USA 95601 |
| ORGANIZATION | SAN FRANCISCO SUPERIOR COURT, HON. JUDGE<br>CHIANTELLI, ROBERTSON DEBTORS, KIDNAPPERS,<br>FELONS<br>400 MCALLISTER STREET, RM 2 SAN FRANCISCO CA<br>USA |
| ORGANIZATION | SAN FRANCISOC SHERIFF MICHAEL HENNESEY, LEVY #:<br>099452 DATE: 0924/1999 DEBTOR, KIDNAPPER, FELON<br>1 DR CARLTON B. GOODLETT PL SAN FRANCISCO CA<br>USA 94102 |
| ORGANIZATION | HON. BARBARA BOXER, SENATOR<br>235 CANNON HOB WASHINGTON DC USA 20515 |

| | |
|---|---|
| ORGANIZATION | HON. DIANNE FEINSTEIN, U.S. SENATOR 331 HART SENATE OFFICE BUILDING, WASHINGTON, DC 20510 ONE POST STREET, STE 2450 SAN FRANCISCO CA USA 94102 |
| ORGANIZATION | HON. JOSEPH R. BIDEN, U.S. SENATOR 201 RUSSELL SENATE OFFICE BUILDING, WASHINGTON, D.C. 20510 1105 N. MARKET ST. STE 2000 WILMINGTON DE USA 19801-1233 |
| ORGANIZATION | JP MORGAN CHASE BANK 6714 GRADE LANE BLDG. 8-807 LOUISVILLE KY USA 40213 |
| ORGANIZATION | MARK REISCHEL - TWIN CITIES POLICE, THEFT 250 DOHERTY DRIVE LARKSPUR CA USA 94939 |
| ORGANIZATION | ERNST SCHWARZ - TWIN CITIES POLICE, THEFT 250 DOHERTY DRIVE LARKSPUR CA USA 94939 |
| ORGANIZATION | TOBIAS MILLER - TWIN CITIES POLICE, THEFT 250 DOHERTY DRIVE LARKSPUR CA USA 94939 |
| ORGANIZATION | SEAN KERR - TWIN CITIES POLICE, THEFT 250 DOHERTY DRIVE LARKSPUR CA USA 94939 |
| ORGANIZATION | PATRICK TORRES - TWIN CITIES POLICE, THEFT 250 DOHERTY DRIVE LARKSPUR CA USA 94939 |
| ORGANIZATION | WILLIAM BENNETT - NORTHERN CALIFORNIA COMPUTER CRIMES TASK FORCE, THEFT 455 DEVLIN RD. STE. 207 NAPA CA USA 94588 |
| ORGANIZATION | TOM BROWN - MARIN COUNTY DA, THEFT 3501 CIVIC CENTER DR. #130 SAN RAFAEL CA USA 94903 |
| ORGANIZATION | LINDA M. WITONG - MARIN COUNTY DA, THEFT 3501 CIVIC CENTER DR. #130 SAN RAFAEL CA USA 94903 |
| ORGANIZATION | YVETTE MARTINEZ - MARIN COUNTY DA, THEFT 3501 CIVIC CENTER DR. #130 SAN RAFAEL CA USA 94903 |
| ORGANIZATION | EDWARD BERBERIAN - MARIN COUNTY DA, THEFT 3501 CIVIC CENTER DR. #130 SAN RAFAEL CA USA 94903 |
| ORGANIZATION | JOHN A. SUTRO - MARIN COUNTY JUDGE, THEFT 3501 CIVIC CENTER DR. #130 SAN RAFAEL CA USA 94903 |
| ORGANIZATION | VERNA ADAMS - MARIN COUNTY JUDGE, THEFT 3501 CIVIC CENTER DR. #130 SAN RAFAEL CA USA 94903 |
| ORGANIZATION | GARY KLEIN - MARIN INDEPENDENT JOURNAL NEWSPAPER, THEFT 150 ALAMEDA DEL PRADO NOVATO CA USA 94949 |
| ORGANIZATION | BETH LEWIS ZAMICHOW, FALSE POLICE REPORTS - CALIFORNIA PENAL CODE SECT 186 108 LUCKY DRIVE CORTE MADERA CA USA 94925 |
| ORGANIZATION | ALAN CHU, FALSE POLICE REPORTS - CALIFORNIA PENAL CODE SECT 186 336 BON AIR CENTER, #305 GREENBRAE CA USA 94904-3028 |
| ORGANIZATION | JASPER HAYNES, COMSPIRACY, FALSE POLICE REPORTS - CALIFORNIA PENAL CODE SECT 186 411 MONTFORD AVENUE MILL VALLEY CA USA 94941 |
| ORGANIZATION | SHIRKEY LUTHMAN, CONSPIRACY - CALIFORNIA PENAL CODE SECT 186 |

301 NORTH STREET SAUSALITO CA USA 94965

ORGANIZATION DIANA HUNTER-BOSSART, CONSPIRACY - CALIFORNIA
PENAL SECT 186
6 ETON WAY MILL VALLEY CA USA 94941

ORGANIZATION FEDERAL TRADE COMMISSION
CRC-240 WASHINGTON DC USA 20580

ORGANIZATION UNITED STATES DEPARTMENT OF THE TREASURY
1500 PENNEYLVANIA AVE, NW WASHINGTON DC USA
20220

ORGANIZATION FEDERAL RESERVE CORPORATION, A UNITED KINGDOM
CORPORATION
20TH ST & CONSTITUTION, NW WASHINGTON DC USA
20551

ORGANIZATION FULBRIGHT COMMISSION
62 DOUGHTY STREET LONDON  GBR WC1N2JZ

Secured Party(ies):
ORGANIZATION PENNIBANCTRUST/ ABVA GROUP TRUST
INTERNATIONAL, ID THEFT EMBEZZLEMENT VICTIMS
ALVIN JOSEPH HANSEN VICTIM TRUSTEE CO JUDG CR
2004-2007
1911 DOUGLAS BLVD STE 85-439 ROSEVILLE CA USA
95661

ORGANIZATION PENNIBANCTRUST/ ABVA GROUP TRUST
INTERNATIONAL BRENDA RICCIO HANSEN TRUST
1911 DOUGLAS BLVD STE 85439 ROSEVILLE CA USA
95661

ORGANIZATION SHUYU L KAUFMAN BENEF. $20,000,000.00 SHUYU L.
KAUFMAN TRUST BOND FOR SUDAR DEED NO 02-058792
294 BUTTERFIELD RD SAN ANSELMO CA USA 94960

ORGANIZATION PENNIBANCTRUST/ ABVA GROUP TRUST
INTERNATIONAL PENNIBANC YOUTH TRUST, A
CALIFORNIA NON PROFIT
1911 DOUGLAS BLVD STE 85439 ROSEVILLE CA USA
95661

ORGANIZATION ROBERT CHARLES SUDAR, BENEFICIARY, TRUST
UNDER
1911 DOUGLAS BLVD STE 85439 ROSEVILLE CA USA
95661

ORGANIZATION PENNIBANCTRUST/ ABVA GROUP TRUST
INTERNATIONAL BRENDA RICCIO HANSEN TRUST
1911 DOUGLAS BLVD STE 85439 ROSEVILLE CA USA
95661

ORGANIZATION SHUYU L KAUFMAN BENEF. $20,000.000.00 SHUYU L.
KAUFMAN TRUST BOND FOR SUDAR DEED NO 02-058792
294 BUTTERFIELD RD SAN ANSELMO CA USA 94960

ORGANIZATION PENNIBANCTRUST/ ABVA GROUP TRUST
INTERNATIONAL ALVIN JOSEPH HANSEN, HOBBS ACT
FELONY VICTIM
1911 DOUGLAS BLVD STE 85439 ROSEVILLE CA USA
95661

ORGANIZATION WILLIAM E. THOMSON CEO, ALVIN J. HANSEN,
JUDGMENT CREDITORS
1911 DOUGLAS BLVD STE 85439 ROSEVILLE CA USA
95661

ORGANIZATION    PENNIBANCTRUST/ ABVA GROUP TRUST INTERNATIONAL ALVIN JOSEPH HANSEN, HOBBS ACT FELONY VICTIM
1911 DOUGLAS BLVD STE 85439 ROSEVILLE CA USA 95661

ORGANIZATION    WILLIAM E. THOMSON CEO, ALVIN J. HANSEN, JUDGMENT CREDITORS
1911 DOUGLAS BLVD STE 85439 ROSEVILLE CA USA 95661

ORGANIZATION    PENNIBANCTRUST/ ABVA GROUP TRUST INTERNATIONAL ALVIN JOSEPH HANSEN, HOBBS ACT FELONY VICTIM
1911 DOUGLAS BLVD STE 85439 ROSEVILLE CA USA 95661

ORGANIZATION    WILLIAM E. THOMSON CEO, ALVIN J. HANSEN, JUDGMENT CREDITORS
1911 DOUGLAS BLVD STE 85439 ROSEVILLE CA USA 95661

ORGANIZATION    NANCY PELOSI, HON. SPEAKER OF THE HOUSE 235 CANNON HOB, WASHINGTON, D.C. 20515
450 GOLDEN GATE AVE 14TH FL SAN FRANCISCO CA USA 94102

ORGANIZATION    WASHINGTON STATE
1125 WASHINGTON ST, SE OLYMPIA WA USA 98504-6200

ORGANIZATION    WHITMAN COUNTY, WA
400 N. MAIN STREET OLYMPIA WA USA 98504-6200

ORGANIZATION    ASOTIN COUNTY, WA
135 2ND STREET ASOTIN WA USA 99402

ORGANIZATION    NEVADA STATE
100 N. CARSON STREET CARSON CITY NV USA 89701-4717

ORGANIZATION    CITY OF PHOENIX, AZ
200 W. WASHINGTON ST. FL-12 PHOENIX AZ USA 85003

ORGANIZATION    CITY OF RICHMOND, CA
1401 MARINA WAY SOUTH RICHMOND CA USA 94804

ORGANIZATION    SAN JOAQUIN COUNTY, CA
222 E. WEBER AVE. #707 STOCKTON CA USA 95202

ORGANIZATION    SOLANO COUNTY, CA
675 TEXAS STREET, STE 6500 FAIRFIELD CA USA 94533

ORGANIZATION    RISK SCIENCES GROUP, CALIFORNIA OFFICE
770 TAMALPAIS DR. #330 CORTE MADERA CA USA 94925

ORGANIZATION    CRAWFORD AND COMPANY
5620 GLENRIDGE DR., NE ATLANTA GA USA 30342

ORGANIZATION    ZAP CORPORATION
501 FOURTH STREET SANTA ROSA CA USA 95401

ORGANIZATION    APL LIMITED (NOL)
1111 BROADWAY OAKLAND CA USA 94607-5500

ORGANIZATION    NORTHRUP GRUMMAN CORPORATION
1840 CENTURY PARK EAST LOS ANGELES CA USA 90067-2199

ORGANIZATION    AIRBORNE FREIGHT CORPORATION
3101 WESTERN AVE. SEATTLE WA USA 98111

| | |
|---|---|
| ORGANIZATION | ARECA INSURANCE EXCHANGE<br>703 WEST TUDOR ROAD, #200 ANCHORAGE AK USA 99503 |
| ORGANIZATION | ALBERTSONS CORPORATION<br>250 PARKCENTER BLVD. BOISE ID USA 83706 |
| ORGANIZATION | CNF TRANSPORTATION CORPORATION<br>2855 CAMPUS DR., STE 300 SAN MATEO CA USA 94403 |
| ORGANIZATION | MWH GLOBAL CORPORATION<br>380 INTERLOCKEN CRSCT, #200 BROOMFIELD CO USA 80021 |
| ORGANIZATION | TRANSAMERICA CORPORATION (AEGON)<br>1150 OLIVE STREET LOS ANGELES CA USA 90015 |
| ORGANIZATION | THE UPS STORE (MAIL BOXES ETC.) CORPORATION<br>3540 W. SAHARA AVE. LAS VEGAS NV USA 89102 |
| ORGANIZATION | MEN'S HEALTH NETWORK NON-PROFIT CORPORATION<br>P.O. BOX 75972 WASHINGTON DC USA 20013 |
| ORGANIZATION | ICOUNERPOINT, LLC<br>APTO DE CORREOS 2 35626 MORRO JABLE LAS PALMAS DE GRANADA SPAIN ESP |
| ORGANIZATION | UNIVERSAL DATA SYSTEMS<br>3540 W. SAHARA AVE., #1230 LAS VEGAS NV USA 89102 |
| INDIVIDUAL | CHEK, WALTER, ,<br>RT 1, BOX 9252 TALIHINA OK USA 74571 |
| INDIVIDUAL | CASSI, MICHAEL, ,<br>4006 SAGEWOOD LAS VEGAS NV USA 89147 |
| INDIVIDUAL | THURMAN, JOHN, ,<br>10 BAY COURT SAN RAFAEL CA USA 94901 |
| INDIVIDUAL | SCHOLL, EILEEN, ,<br>10 BAY COURT SAN RAFAEL CA USA 94901 |
| INDIVIDUAL | DINAUER, MICHELLE, SANTUCCI,<br>141 LOCUST OAKPARK CA USA 91377 |
| INDIVIDUAL | DINAUER, PETER, ,<br>141 LOCUST OAKPARK CA USA 91377 |
| INDIVIDUAL | POST, DAVID, ,<br>9024 JOSHUA STREET APPLE VALLEY CA USA 92308 |
| INDIVIDUAL | WALL, JAMES, A.,<br>4040 CIVIC CENTER DRIVE SAN RAFAEL CA USA 94903 |
| INDIVIDUAL | ROCHE, ANITA, LORRAINE,<br>1550 8TH STREET CLARKSTON WA USA 99403 |
| INDIVIDUAL | BOE, JEAN, ,<br>1550 8TH STREET CLARKSTON WA USA 99403 |
| INDIVIDUAL | SUDAR, KATHARINE, JEAN,<br>1550 8TH STREET CLARKSTON WA USA 99403 |
| INDIVIDUAL | SUDAR, LARA, KAY,<br>1550 8TH STREET CLARKSTON WA USA 99403 |
| ORGANIZATION | SL CORPORATION<br>240 TAMAL VISTA BLVD. CORTE MADERA CA USA 94925 |
| INDIVIDUAL | POST, DON, ,<br>530 W VIEW DR ELGIN IL USA 60120 |
| INDIVIDUAL | KELLEY, GLENN, , |

36 AIRMOUNT AVE RAMSEY NJ USA 07446

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC Article 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

UNIFORM COMMERCIAL CODE 1500 11TH STREET, 2ND FL. ·SACRAMENTO, CA 95814 ·PO BOX 942835 ·SACRAMENTO, CA 94235-0001 ·(916) 653-3516 · HTTPS://UCCCONNECT.SS.CA.GOV

PROGRAMS: ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM, MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF
Robert-Charles:Sudar, CREDITOR SECURED PARTY



Robert-Charles:Sudar
In care of: Third Party Witness,  Notary Public
Janet S. Henry
10,000 East 43rd Street
Kansas City [64133] Missouri
Contract Tracking No. LMW-01-MCDA-01-071206-RCS
Secured Party
Robert-Charles:Sudar
hereinafter "Declarant"

Petition for Agreement and Harmony Within the Admiralty in the Nature of a

**NOTICE OF INTERNATIONAL COMMERCIALCLAIM WITHIN THE ADMIRALTY
ADMINISTRATIVE REMEDY**
28 U.S.C. § 1333, § 1337, § 2461 and § 2463

# NOTICE OF FAULT OPPORTUNITY TO CURE
**Served Via Registered Mail #  RA 713-392-392 US, RA 713-392-401 US, RA 713-392-415 US,
RA 713-392-429 US, RA 713-392-432 US**

Date: February 5, 2007

Respondents:    Gail A. Norton d/b/a GAIL A. NORTON,
Dirk Kempthorne d/b/a DIRK KEMPTHORNE,
U.S. SECRETARY OF THE INTERIOR,
1849 C  STREET NORTHWEST
WASHINGTON, D.C. 20240, supervisors, heirs, agents and assigns

Linda M. Witong d/b/a LINDA M. WITONG, DEPUTY DISTRICT ATTORNEY,
MARIN COUNTY DISTRICT ATTORNEY,
3501 CIVIC CENTER DRIVE, ROOM 130,
SAN RAFAEL, CALIFORNIA 94903-4196, supervisors, heirs, agents and assigns

Yvette Martinez d/b/a YVETTE MARTINEZ, DEPUTY DISTRICT ATTORNEY
MARIN COUNTY DISTRICT ATTORNEY,
3501 CIVIC CENTER DRIVE, ROOM 130,
SAN RAFAEL, CALIFORNIA 94903-4196, supervisors, heirs, agents and assigns

Tom Brown d/b/a TOM BROWN, DEPUTY DISTRICT ATTORNEY
MARIN COUNTY DISTRICT ATTORNEY,
3501 CIVIC CENTER DRIVE, ROOM 130,
SAN RAFAEL, CALIFORNIA 94903-4196, supervisors, heirs, agents and assigns

Edward S. Berberian d/b/a EDWARD S. BERBERIAN, DISTRICT ATTORNEY
MARIN COUNTY DISTRICT ATTORNEY,
3501 CIVIC CENTER DRIVE, ROOM 130,
SAN RAFAEL, CALIFORNIA 94903-4196, supervisors, heirs, agents and assigns

# COMMERCIAL OATH AND VERIFICATION

Clark County                )
                            )          Commercial Oath and Verification
The State of Nevada         )

Declarant, Robert-Charles:Sudar, under his Commercial Oath with unlimited liability proceeding in good faith, being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Declarant's knowledge and belief under penalty of International Commercial Law. Robert-Charles:Sudar will also sign by accommodation on behalf ROBERT CHARLES SUDAR.


_____
Robert-Charles:Sudar, UCC 3-402(b) (1)


State of Nevada             )
                            )          ss
Clark County                )

Subscribed before me, *RICHARD FERRANTE* a Notary Public, this the ( 6 th) Day of February, 2007

_____
Richard Ferrante, Notary

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
RICHARD FERRANTE
No: 99-48261-1
My Appointment Expires Aug. 6, 2007


# STATEMENT OF FACTS

1. On December 22, 2006, Gail A. Norton (Dirk Kempthorne), U.S. Secretary of the Interior, Linda M. Witong d/b/a LINDA M.WITONG, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Yvette Martinez d/b/a YVETTE MARTINEZ, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Tom Brown d/b/a TOM BROWN, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Edward S. Berberian d/b/a EDWARD S. BERBERIAN, MARIN COUNTY DISTRICT ATTORNEY, and their Co-Parties, received service of Declaration Of Notice, Order, Demand And Invoice Commercial Affidavit Of Truth Commercial Notice And Affidavit To Proceed Impecuniously With Attached Memorandum, Administrative Remedy File # LMW-01-MCDA-01-071206-RCS. (See attached copy of United States Postal Service Domestic Receipts: **RB 805 454 022 US, RB 805 454 036 US, RB 805 454 040 US, RB 805 457 077 US, RB 805 457 085 US**

2.    Declarant granted Gail A. Norton (Dirk Kempthorne), U.S. Secretary of the Interior, Linda M. Witong d/b/a LINDA M.WITONG, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Yvette Martinez d/b/a YVETTE MARTINEZ, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Tom Brown d/b/a TOM BROWN, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Edward S. Berberian d/b/a EDWARD S. BERBERIAN, MARIN COUNTY DISTRICT ATTORNEY, and their Co-Parties, ten (10) days to respond, or in the alternative, admit all claims and answers to inquires verified therein.

3.    Declarant has received no response from Gail A. Norton (Dirk Kempthorne), U.S. Secretary of the Interior, Linda M. Witong d/b/a LINDA M.WITONG, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Yvette Martinez d/b/a YVETTE MARTINEZ, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Tom Brown d/b/a TOM BROWN, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Edward S. Berberian d/b/a EDWARD S. BERBERIAN, MARIN COUNTY DISTRICT ATTORNEY and their Co-Parties.

4.    The witness, Janet S. Henry, Notary Witness, acknowledges and testifies a non response to mailed Declaration Of Notice, Order, Demand And Invoice Commercial Affidavit Of Truth Commercial Notice And Affidavit To Proceed Impecuniously With Attached Memorandum, Administrative Remedy File # LMW-01-MCDA-01-071206-RCS, dated December 12, 2006.

5.    Gail A. Norton (Dirk Kempthorne), U.S. Secretary of the Interior, Linda M. Witong d/b/a LINDA M.WITONG, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Yvette Martinez d/b/a YVETTE MARTINEZ, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Tom Brown d/b/a TOM BROWN, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Edward S. Berberian d/b/a EDWARD S. BERBERIAN, MARIN COUNTY DISTRICT ATTORNEY and their Co-Parties are at fault.

6.    As an operation of law, Gail A. Norton (Dirk Kempthorne), U.S. Secretary of the Interior, Linda M. Witong d/b/a LINDA M.WITONG, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Yvette Martinez d/b/a YVETTE MARTINEZ, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Tom Brown d/b/a TOM BROWN, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Edward S. Berberian d/b/a EDWARD S. BERBERIAN, MARIN COUNTY DISTRICT ATTORNEY and their Co-Parties has/have admitted to the statements, claims and ANSWERS to inquires verified therein.

7.    Gail A. Norton (Dirk Kempthorne), U.S. Secretary of the Interior, Linda M. Witong d/b/a LINDA M.WITONG, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Yvette Martinez d/b/a YVETTE MARTINEZ, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Tom Brown d/b/a TOM BROWN, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Edward S. Berberian d/b/a EDWARD S. BERBERIAN, MARIN COUNTY DISTRICT ATTORNEY and their Co-Parties have a duty to make the appropriate changes agreed to and enforce the changes in the referenced documents in the Declaration Of Notice, Order, Demand And Invoice Commercial Affidavit Of Truth Commercial Notice And Affidavit To Proceed Impecuniously With Attached Memorandum, Administrative Remedy File # LMW-01-MCDA-01-071206-RCS

## ADMITTED ANSWERS TO INQUIRES

The Administrative Record for Declarant's Declaration Of Notice, Order, Demand And Invoice Commercial Affidavit Of Truth Commercial Notice And Affidavit To Proceed Impecuniously With Attached Memorandum, Administrative Remedy, Administrative Remedy File # LMW-01-MCDA-01-071206-RCS, as identified in Statement I above, shows that all of the Inquires in said file have been agreed to (Admitted/Acknowledged) by tacit procuration by Respondent's failure/refusal or choice not to respond.

Further Declarant sayeth naught.

## OPPORTUNITY TO CURE

If Gail A. Norton (Dirk Kempthorne), U.S. Secretary of the Interior, Linda M. Witong d/b/a LINDA M.WITONG, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Yvette Martinez d/b/a YVETTE MARTINEZ, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Tom Brown d/b/a TOM BROWN, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Edward S. Berberian d/b/a EDWARD S. BERBERIAN, MARIN COUNTY DISTRICT ATTORNEY and their Co-Parties failure to respond is an oversight, mistake or otherwise unintentional, Declarant grants Gail A. Norton (Dirk Kempthorne), U.S. Secretary of the Interior, Linda M. Witong d/b/a LINDA M.WITONG, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Yvette Martinez d/b/a YVETTE MARTINEZ, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Tom Brown d/b/a TOM BROWN, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Edward S. Berberian d/b/a EDWARD S. BERBERIAN, MARIN COUNTY DISTRICT ATTORNEY and their Co-Parties three (3) days, exclusive of the day of receipt, to serve a response to the statements, claims and inquires in the Declarant's Declaration Of Notice, Order, Demand And Invoice Commercial Affidavit Of Truth Commercial Notice And Affidavit To Proceed Impecuniously With Attached Memorandum, Administrative Remedy, Administrative Remedy File # LMW-01-MCDA-01-071206-RCS, that Gail A. Norton (Dirk Kempthorne), U.S. Secretary of the Interior, Linda M. Witong d/b/a LINDA M.WITONG, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Yvette Martinez d/b/a YVETTE MARTINEZ, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Tom Brown d/b/a TOM BROWN, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Edward S. Berberian d/b/a EDWARD S. BERBERIAN, MARIN COUNTY DISTRICT ATTORNEY and their Co-Parties received via Registered mail on December 22, 2006 as evidence by Declarant's assertion of facts in Statement I of this document.

Failure to cure will constitute, as an operation of law, the FINAL admission by Gail A. Norton (Dirk Kempthorne), U.S. Secretary of the Interior, Linda M. Witong d/b/a LINDA M.WITONG, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Yvette Martinez d/b/a YVETTE MARTINEZ, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Tom Brown d/b/a TOM BROWN, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Edward S. Berberian d/b/a EDWARD S. BERBERIAN, MARIN COUNTY DISTRICT ATTORNEY and its Co-Parties through tacit procuration to the statements, claims and answers to the inquires provided. Said statements, claims and answers to inquires shall be deemed RES JUDICATA, STARE DECISIS and COLLATERAL ESTOPPEL binding Gail A. Norton (Dirk Kempthorne), U.S. Secretary of the Interior, Linda M. Witong d/b/a LINDA M.WITONG, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Yvette Martinez d/b/a YVETTE MARTINEZ, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Tom Brown d/b/a TOM BROWN, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Edward S. Berberian d/b/a EDWARD S. BERBERIAN, MARIN COUNTY DISTRICT ATTORNEY and their Co-Parties.

Based upon Gail A. Norton (Dirk Kempthorne), U.S. Secretary of the Interior, Linda M. Witong d/b/a LINDA M.WITONG, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Yvette Martinez d/b/a YVETTE MARTINEZ, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Tom Brown d/b/a TOM BROWN, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Edward S. Berberian d/b/a EDWARD S. BERBERIAN, MARIN COUNTY DISTRICT ATTORNEY and their Co-Parties default to Declarant's Declaration Of Notice, Order, Demand And Invoice Commercial Affidavit Of Truth Commercial Notice And Affidavit To Proceed Impecuniously With Attached Memorandum, Administrative Remedy, Administrative Remedy File # Contract Tracking No. LMW-01-MCDA-01-071206-RCS, Gail A. Norton (Dirk Kempthorne), U.S. Secretary of the Interior, Linda M. Witong d/b/a LINDA M.WITONG, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Yvette Martinez d/b/a YVETTE MARTINEZ, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Tom Brown d/b/a TOM BROWN, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Edward S. Berberian d/b/a EDWARD S. BERBERIAN, MARIN COUNTY DISTRICT ATTORNEY and its Co-Parties may not argue, controvert, or otherwise protest the administrative findings entered thereby in any subsequent administrative or judicial proceedings.

Gail A. Norton (Dirk Kempthorne), U.S. Secretary of the Interior, Linda M. Witong d/b/a LINDA M.WITONG, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Yvette Martinez d/b/a YVETTE MARTINEZ, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Tom Brown d/b/a TOM BROWN, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Edward S. Berberian d/b/a EDWARD S. BERBERIAN, MARIN COUNTY DISTRICT ATTORNEY and its Co-Parties response must be served upon Declarant exactly as provided:

Robert-Charles:Sudar, Creditor Secured Party,
c/o Janet S. Henry, Notary Witness
10,000 East 43rd Street
Kansas City, Missouri  64133

Declarant looks forward to Gail A. Norton (Dirk Kempthorne), U.S. Secretary of the Interior, Linda M. Witong d/b/a LINDA M.WITONG, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Yvette Martinez d/b/a YVETTE MARTINEZ, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Tom Brown d/b/a TOM BROWN, DEPUTY DISTRICT ATTORNEY, MARIN COUNTY DISTRICT ATTORNEY, Edward S. Berberian d/b/a EDWARD S. BERBERIAN, MARIN COUNTY DISTRICT ATTORNEY and its Co-Parties timely response.

Further Declarant sayeth naught.

Given under my hand and seal this the **5** th day of the month of February of 2007 anno Domini.

Prepared and submitted by:

Robert-Charles:Sudar, UCC 3-402 (b) (1)
Declarant

Attachments:        Copy of Postal Receipts
                    Copy of delivery USPS
                    Copy of Return Receipt

# EXHIBIT "C"

PATRICK K. FAULKNER, COUNTY COUNSEL
Jack F. Govi, Assistant County Counsel  SBN 88483
3501 Civic Center Drive, Room 303
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796



JUN 1 4 2007

KIM TURNER
Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By: B. Jones, Deputy

Attorney(s) for the Petitioners

SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN

ED BERBERIAN, TOM BROWN, LINDA
WITONG, YVETTE MARTINEZ, PAULA
KAMENA, JOAN THAYER, HONORABLE
VERNA ADAMS and HONORABLE JOHN
SUTRO,

   Petitioners,

  v.

ALVIN HANSEN, WILLIAM THOMSON and
ROBERT SUDAR,

   Respondents.

Case No.: CV072786

PETITIONERS' PETITION AND
MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF
PETITION TO STRIKE FALSE LIENS;
REQUEST FOR COSTS AND ATTORNEY
FEES; REQUEST FOR CIVIL PENALTIES
PURSUANT TO CALIFORNIA
GOVERNMENT CODE SECTION 6223
AND CALIFORNIA CODE OF CIVIL
PROCEDURE SECTIONS 765.010 ET
SEQ. AND FOR FURTHER RELIEF

DATE: July 13, 2007
TIME: 09:00 Am
DEPT: L

   Petitioners are elected officers, public employees and a retired District Attorney in Marin

County. Petitioners John Sutro and Verna Adams are Superior Court Judges in Marin County.

Petitioners Ed Berberian, Linda Witong, Tom Brown and Yvette Martinez are the District

Attorney and Deputy District Attorneys of Marin County respectively. Petitioner Paula Kamena

is the retired District Attorney of Marin County and Petitioner Joan Thayer is the

Assessor/Recorder of Marin County.  Respondents are individuals who filed judgment liens

against Petitioners with the California Secretary of State. Respondents know that such liens

are false and Respondents filed the liens with the intent to harass and intimidate Petitioners.

California Government Code Section 6223 prohibits the liens that Respondents have filed and

California Code of Civil Procedure (CCP) Section 765.010 authorizes this Petition seeking to

Petitioners' Petition and Memorandum of Points and Authorities in
Support of Petition to Strike False Liens; Costs; Attorney Fees;
Civil Penalties

1  strike the liens.  Further, CCP Section 765.020 et seq. authorizes a court order to strike the
2  liens and allows costs and attorney fees to be granted to Petitioners along with a civil penalty
3  of up to $5000 per false lien.  As outlined below, Petitioners request the Court to strike the
4  liens, grant attorney fees to Petitioners with an order for Respondents to pay such attorney
5  fees and costs and impose a civil penalty of $40,000.00 (eight separate liens at $5000 per lien)
6  against Respondents.    Additionally, Petitioners seek an order from this Court enjoining
7  Respondents from filing liens or causing the filing of false liens in the future against Petitioners
8  and their counsel. Finally, Petitioners seek an order from this Court ordering the striking of the
9  false liens from any lists compiled by vendors who have purchased the Secretary of State's list
10  of liens between March 1, 2007 and the date of this Court's hearing.

## MEMORANDUM OF POINTS AND AUTHORITIES

### STATEMENT OF FACTS

14      Petitioners are elected officers and public employees in Marin County.  Petitioners John
15  Sutro and Verna Adams are Superior Court Judges in Marin County.  Petitioners Ed Berberian,
16  Linda Witong, Tom Brown and Yvette Martinez are the District Attorney and Deputy District
17  Attorneys of Marin County respectively.   Petitioner Paula Kamena is the retired District
18  Attorney of Marin County and Petitioner Joan Thayer is the elected Assessor/Recorder of
19  Marin County.   Respondents are individuals who filed judgment liens against Petitioners with
20  the California Secretary of State.   Respondents are Alvin Hansen, William Thomson and
21  Robert Sudar.  Respondents are individuals who are associated with a group or organization
22  called the Pennibanc Trust.  Thomson and Hansen are officers of the Trust and Sudar is a
23  beneficiary of the Trust.

24      Respondent Robert Sudar is a criminal defendant in Marin County Superior Court Case
25  Nos. 144760 and CR 151060A.  In Case No. 144760, the People of the State of California, by
26  and through the office, are prosecuting Mr. Sudar for several felonies:  Count 1 = Violation of
27  Penal Code Section 646.9(a) – stalking, Counts 2 and 3 = Violations of Penal Code Section
28  459 – residential burglary.  Several enhancements of Counts 2 and 3 are alleged:  Violation of

2

Petitioners' Petition and Memorandum of Points and Authorities in
Support of Petition to Strike False Liens; Costs; Attorney Fees;
Civil Penalties

Penal Code Sections 1192.7(c)(18), 1170.12(a)(b)(c) – violent or serious felonies, Violation of Penal Code Section 462(a) – burglary of an inhabited dwelling.  Other felonies alleged are: Count 4 = Violation of Penal Code Section 502(c)(4) – unauthorized alteration or damage of computer data, software or programs; Count 5 = Violation of Penal Code Section 496(a) – receiving stolen property; and Count 6 = Violation of Penal Code Section 632(a) – eavesdropping.  Mr. Sudar is also being prosecuted for a misdemeanor [Violation of Penal Code Section 166(c)(1) – contempt of court] in Marin County Superior Case No. CR 151060A.

Respondents filed Judgment Liens with the Secretary of State against Petitioners on or about March 1, 2007 [see Exhibits A – H, attached hereto and incorporated herein by reference].

Each Petitioner named herein was performing his or her public duties as a prosecutor, judge, or county assessor except Petitioner Paula Kamena who is the recently retired District Attorney of Marin County.  Kamena has had no contact with Respondents.  Respondents filed the Judgment Liens knowing them to be false and with the intent to harass and intimidate Petitioners, presumably for the prosecution of Respondent Robert Sudar in Marin County [see Exhibits I – P, Declarations of Brown, Witong, Martinez, Berberian, Kamena, Thayer, Adams and Sutro attached hereto and incorporated herein by reference].

Other than the performance of official duties as public officers or employees, none of the Petitioners have had any contact with Respondents Sudar, Hansen and Thomson.

### ARGUMENT

### I

### THE COURT SHOULD STRIKE THE JUDGMENT LIENS AGAINST EACH PETITIONER AND ORDER COSTS, ATTORNEY FEES AND CIVIL PENALTIES AGAINST RESPONDENTS

California Government Code Section 6223 prohibits the filing of a judgment lien against a public officer or employee where the claimant files a lien knowing it to be false and with the intent to harass or intimidate the officer or employee or to influence or hinder the public officer or employee in discharging his or her official duties.  CCP Section 765.010 specifies the procedure for a public officer or employee to strike the above mentioned liens.

3

CCP Section 765.010 authorizes a public officer or employee whose property is subject to a lien or other encumbrance to petition the Superior Court for an order to direct the person responsible for the lien to appear at a hearing before the Court to show cause why the lien or other encumbrance should not be stricken. That order may be obtained by the Petitioner ex parte.

In the instant case, Respondents have caused judgment liens to be filed against Petitioners, who are public officers or public employees along with one retired public officer. All of the Petitioners work and reside in Marin County and own property in Marin County. Petitioners allege that Respondents have filed the judgment liens against them in an attempt to harass or intimidate them from performing their duties. The only contact that any of the public officers or employees has with Respondents is the criminal prosecution of Respondent Robert Sudar for several felonies and a misdemeanor in Marin County Superior Court.

A reading of the judgment liens reveals no basis for filing such a lien against any of the Petitioners. It is absolutely clear that Respondents have filed the judgment liens to harass, intimidate, annoy and wreak havoc on the lives of the Petitioners.

Consequently, pursuant to CCP Section 765.010 and Government Code Section 6223, the Court should strike the judgment liens.

Additionally, CCP Section 765.030 authorizes the Court to order costs and attorney fees to the Petitioners where the Court issues an order striking the liens. Since it is clear that the judgment liens are false and were filed with malicious intention, the Court should order the Respondents to pay Petitioners attorney fees in the amount of $10,000.00 as outlined in Exhibit Q, the declaration of Jack F. Govi, counsel for the Petitioners.

Finally, pursuant to CCP Section 765.040, the Court should order civil penalties against Respondents Alvin Hansen, Robert Sudar and William E. Thomson in the amount of $40,000.00, payable in the following manner: $5000 to Petitioner Paula Kamena, $5000 to Petitioner Ed Berberian, $5000 to Petitioner Joan Thayer, $5000 to Petitioner Judge John Sutro, $5000 to Petitioner Judge Verna Adams, $5000 to Petitioner Tom Brown, $5000 to Petitioner Linda Witong and $5000 to Petitioner Yvette Martinez.

Petitioners' Petition and Memorandum of Points and Authorities in
Support of Petition to Strike False Liens; Costs; Attorney Fees;
Civil Penalties

## II

**THE COURT SHOULD ENJOIN RESPONDENTS FROM FILING FUTURE JUDGMENT LIENS AGAINST PETITIONERS**

Respondents have engaged in a pattern of harassment of public officers and employees in Marin County. Additionally, such pattern extends to numerous public officers in California. This pattern of harassment is malicious and intended to harass, intimidate, annoy and wreak havoc on the personal and private lives of these public officers and employees.

Petitioners request this Court to enjoin Respondents from filing any future judgment liens or any other form of encumbrance against Petitioners without first obtaining a court order from this Court showing good cause why an encumbrance or judgment lien is appropriate.

## III

**THE COURT SHOULD ENJOIN RESPONDENTS FROM FILING FUTURE JUDGMENT LIENS AGAINST COUNSEL FOR PETITIONERS**

Respondents have engaged in a pattern of harassment of public officers and employees in Marin County. Additionally, such pattern extends to numerous public officers in California. This pattern of harassment is malicious and intended to harass, intimidate, annoy and wreak havoc on the personal and private lives of these public officers and employees.

It is clear to counsel for Petitioners that they are the next potential victims of Respondents since the filing of the Petition and request for relief will undoubtedly trigger a reaction from Respondents. Consequently, it is requested that Respondents also be enjoined from filing any Judgment Liens or other encumbrances against Patrick Faulkner or Jack F. Govi without first obtaining a court order from this Court showing good cause why an encumbrance or judgment lien is appropriate.

## IV

**THE COURT SHOULD ORDER THAT THESE JUDGMENT LIENS BE STRICKEN FROM ANY VENDOR LISTS OBTAINED FROM THE CALIFORNIA SECRETARY OF STATE**

Following the filing of the Judgment Liens in March 2007, vendors have acquired lists of such Liens for purposes of legitimate commercial use. Petitioners hereby request this Court to

Petitioners' Petition and Memorandum of Points and Authorities in
Support of Petition to Strike False Liens; Costs; Attorney Fees;
Civil Penalties

1    issue an order that the Judgment Liens filed against Petitioners be also stricken from any

2    vendor lists purchased between March 1, 2007 and the date of this Court's hearing, on the

3    grounds that such Judgment Liens are false.

4

5    Dated:   June 13, 2007                 Respectfully Submitted,

6                                          PATRICK K. FAULKNER, COUNTY COUNSEL

7

8                                          _____

9                                          Jack F. Govi, Assistant County Counsel

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

Petitioners' Petition and Memorandum of Points and Authorities in
Support of Petition to Strike False Liens; Costs; Attorney Fees;
Civil Penalties

# EXHIBIT "D"

1
2
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF MARIN

3   STATE OF NEVADA            )
4   COUNTY OF CLARK            )ss.        CASE NO.:    CV072786
                               )
5
6
# AFFIDAVIT OF ATTEMPTED SERVICE
7
8   1.    That Affiant's name is Leanne Hansen, and a resident of Las Vegas, Nevada.

9   2.    That Affiant is a Registered Process Server who serves process under the State of
10  Nevada license number of 981.

11  3.    That Affiant is a citizen of the United States, over eighteen years of age, not a
12  party to or interested in the proceedings in which this Affidavit is made.

13  4.    That on June 21, 2007, Affiant received the *Notice of Case Management
14  Conference; Notice of Hearing on Petitioners' Request: (1) To Strike False Judgment Liens; (2)*
15  *For Costs, Attorney Fees and Civil Penalties Against Respondents; (3) To Strike False Judgment*
16  *Liens from Vendor Lists; (4) To Enjoin Respondents From Filing Future Encumbrances or*
17  *Judgment Liens Against Petitioners and Their Counsel, Patrick Faulkner and Jack F. Govi; and*
18  *(5) For Further Relief Against Respondents Pursuant to California Government Code Section*
19  *6223 and California Code of Civil Procedure Sections 7653010 ET Seq.; Order Granting*
20  *Petitioners' Ex Parte Request for the Court to Schedule a Hearing on Petitioners' Request to*
21  *Strike False Judgment Liens and for Further Relief Against Respondents Pursuant to California*
22  *Government Code Section 6223 and California Code of Civil Procedure Sections 765.010 ET*
23  *Seq.; Petitioners' Ex Parte Request for the Court to Order a Hearing on Petitioners' Request to*
24  *Strike False Judgment Liens and for Further Relief Against Respondents Pursuant to California*
25  *Government Code Section 6223 and California Code of Civil Procedure Sections 765.010 ET*
26  *Seq.; Notice to Plaintiffs and Petitioners' Petition and Memorandum of Points and Authorities in*
27  *Support of Petition to Strike False Liens; Request for Costs and Attorney Fees; Request for Civil*
28  *Penalties Pursuant to California Government Code Section 6223 and California Code of Civil*

1

*Procedure Sections 765.010 ET Seq. and for Further Relief* to be served upon the Respondent, **Robert Sudar.**

     5.     That Affiant, Leanne Hansen, on June 21, 2007, at approximately 3:55 p.m. attempted to effect service at the address of 3675 South Rainbow Boulevard, Las Vegas, Nevada 89147. Affiant observed that the aforementioned address is that of ASAP Mail & Copy Services, a commercial mail stop. Affiant met with Victoria and Rose, clerks who refused to verify whether or not Mr. Sudar had a mail box at this location and if it was active or not.

     6.     That Affiant, Leanne Hansen, on June 21, 2007, at approximately 4:06 p.m. attempted to effect service at the address of 4008 Sagewood Street, Las Vegas, Nevada 89147. Affiant observed the aforementioned address is a duplex. Affiant did not find anyone home after repeated knocking and ringing of the doorbell. Affiant observed a green Kia parked under the carport. Affiant observed that all the blinds were closed and therefore could not see inside, but is of the opinion that the residence is occupied.

     7.     That Affiant, Leanne Hansen, on June 22, 2007, at approximately 12:23 p.m. again attempted to effect service at the address of 4008 Sagewood Street, Las Vegas, Nevada 89147. Affiant met with Mike Cassi, Owner, who alleged to know Robert "Bob" Sudar, that he was a renter at least five years ago and knows this because he got married about five years ago and moved into this duplex. Mr. Cassi also alleged that he "knows" Mr. Sudar is living somewhere in California.

     8.     That Affiant, Leanne Hansen, on June 22, 2007, at approximately 12L41 p.m. again attempted to effect service at the address of ASAP, Mail and Copy Services, 3675 South Rainbow Boulevard, Las Vegas, Nevada 89147. Affiant met with the clerk, a Pilipino female, approximately 50 years old, 5'2", 110 lbs., who refused to accept service for Mr. Sudar because it is against their policy.

     9.     Affiant, Leanne Hansen was therefore unable to effectuate service.

///

///

///

10.    That, I, Leanne Hansen, do declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

DATED THIS __29__ day of June 2007.


_Leanne Hansen_
Signature of Affiant
Leanne Hansen
Registered Process Server
Under Nevada State License Number: 981


SUBSCRIBED AND SWORN to before me

this __29__ day of _____June_____, 2007.

_Denise Alford_
NOTARY PUBLIC in and for the County of Clark,
State of Nevada.

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
DENISE ALFORD
Appt. No. 04-86706-1
My Appt. Expires Feb. 3, 2008

(SEAL)

# EXHIBIT "E"

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | | FOR COURT USE ONLY |
|---|---|---|
| COUNTY COUNSEL OF MARIN COUNTY<br>JACK F. GOVI - SBN # 88483<br>3501 CIVIC CENTER DR., STE 303<br>SAN RAFAEL, CA 94903 | TELEPHONE NO.<br>(415) 499-6117 | **FILED**<br>SEP 20 2007<br>KIM TURNER, Court Executive Officer<br>MARIN COUNTY SUPERIOR COURT<br>By: C. Larson, Deputy |
| ATTORNEY FOR (NAME)    PETITIONERS | REFERENCE NUMBER<br>08345453-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
MARIN SUPERIOR COURT,
P.O.BOX E/CIVIC CENTER DR
SAN RAFAEL, CA 94913

SHORT NAME OF CASE
ED BERBERIAN ET AL vs. ALVIN HANSEN ET AL

| PROOF OF SERVICE | DATE:<br>July 13, 2007 | TIME:<br>09:00 am | DEPT/DIV: | CASE NUMBER:<br>CV072786 |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SEE ATTACHED LIST OF DOCUMENTS;

**Name:**    ALVIN HANSEN

**Date of Delivery:**    07/08/07
**Time of Delivery:**    09:50 am

**Place of Service:**    1007 DARLING WAY
ROSEVILLE, CA 95678                Residence

**Physical Description:**

| AGE: 50 | HAIR: GREY | HEIGHT: 5'10" | RACE: C |
|---|---|---|---|
| SEX: M | EYES: | WEIGHT: 160LBS | |

**Manner of Service:**    Personal Service - By Personally Delivering Copies.

**Fee for service:**    $ 136.62

| [X] | Registered: . . . SACRAMENTO . . . . . . County,<br>Number: . . . . 2003-69 . . . . . . . . .<br>**Attorney's Diversified Services**<br>741 N. Fulton Street<br>Fresno, CA 93728<br>559-233-1475 | I declare under penalty of perjury that the foregoing is true and correct<br>and that this declaration was executed<br>on: . . . . . . . . July 12, 2007<br>at: . . . . . . . . SACRAMENTO . . . . . . . . ., California.<br>Signature: _____<br>Name: TINA BROCKLEY |
|---|---|---|

Client File # BERBERIAN V HANSEN

**POS-040**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>PATRICK K. FAULKNER, COUNTY COUNSEL<br>JACK F. GOVI, ASST COUNTY COUNSEL SBN 88483<br>Office of the County Counsel<br>3501 Civic Center Drive, Suite 303<br>San Rafael, CA 94903<br>TELEPHONE NO.: (415) 499-6117    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Petitioners | FOR COURT USE ONLY<br><br>FILED<br><br>SEP 20 2007<br>KIM TURNER, Court Executive Officer<br>MARIN COUNTY SUPERIOR COURT<br>By: C. Larson, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Marin
STREET ADDRESS: Marin Civic Center, Hall of Justice
MAILING ADDRESS: P. O. Box 4988
CITY AND ZIP CODE: San Rafael, CA 94903-4988
BRANCH NAME: Juvenile

PETITIONER/PLAINTIFF: ED BERBERIAN, et al.

RESPONDENT/DEFENDANT: ALVIN HANSEN, WILLIAM THOMSON and ROBERT SUDAR

| | |
|---|---|
| **PROOF OF SERVICE—CIVIL**<br>**Check method of service (only one):**<br>☐ By Personal Service   ☒ By Mail   ☐ By Overnight Delivery<br>☐ By Messenger Service   ☐ By Facsimile   ☐ By E-Mail/Electronic Transmission | CASE NUMBER:<br>CV-072786<br><br>JUDGE: Duryee<br>DEPT.: L |

**(Do not use this Proof of Service to show service of a Summons and Complaint.)**

1. At the time of service I was over 18 years of age and **not a party to this action.**

2. My address is (specify one):

  a. ☒ Business: Office of the County Counsel   b. ☐ Residence:
  3501 Civic Center Drive, Suite 303
  San Rafael, CA 94903

3. On (date): 9/20/07        I served the following **documents** (specify):

  ☒ The documents are listed in the Attachment to Proof of Service—Civil (Documents Served) (form POS-040(D)).

4. I served the documents on the **persons below,** as follows:

  a. Name of person served: William Thomson

  b. Address of person served: 2268 Thistle Patch Road
      Newcastle, CA 95658-9759

  c. Fax number or e-mail address of person served, if service was by fax or e-mail:

  d. Time of service, if personal service was used:

  ☐ The names, addresses, and other applicable information about the persons served is on the Attachment to Proof of Service—Civil (Persons Served) (form POS-040(P)).

5. The documents were served by the following means (specify):

  a. ☐ **By personal service. I** personally delivered the documents to the persons at the addresses listed in item 4.
    (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>POS-040 [New January 1, 2005] | **PROOF OF SERVICE—CIVIL**<br>(Proof of Service) | Legal<br>Solutions<br>Plus | Code of Civ. Proc., §§ 1011,<br>1013, 1013a, 2015.5 |

| CASE NAME BERBERIAN v HANSEN, et al | CASE NUMBER: CV-072786 |
| --- | --- |

5  b. [X]  **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

    (1) [ ]  deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) [X]  placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*San Rafael, California

  c. [ ]  **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

  d. [ ]  **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

  e. [ ]  **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

  f. [ ]  **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 20, 2007

Patty Jackson
(TYPE OR PRINT NAME OF DECLARANT)

▶ *Patty Jackson*
(SIGNATURE OF DECLARANT)

*(If item 5d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

[ ]  **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

POS-040 [New January 1, 2005]

### PROOF OF SERVICE—CIVIL
#### (Proof of Service)

POS-040(D)

| SHORT TITLE: BERBERIAN v HANSEN, ET AL | CASE NUMBER: |
|---|---|
| | CV-072786 |

## ATTACHMENT TO PROOF OF SERVICE—CIVIL (DOCUMENTS SERVED)

*(This Attachment is for use with form POS-040)*

The documents that were served are as follows *(describe each document specifically):*

Notice of Hearing on Petitioners' Request to Strike False Judgment Liens, for Costs, Attorney Fees and Civil Penalties Against Respondents, to Strike False Judgment Liens from Vendor List to Enjoin Respondents from Filing Future Encumbrances or Judgment Liens Against Petitioners and Their Counsel,

Patrick Faulkner and Jack Govi, and for Further Relief Against Respondents Pursuant to California Government Code §6223, et Seq.; Petitioners' Ex Parte Reqeuest for the Court to Order a Hearing on Petitioners' Request; Petitioners ' Petitition and memorandum of Points and Authorities in Support of Petition to Strike False Liens, et al.,

Notice of Case Management Conference; Court packet to Plaintiff including: Blank Stipulation to Use of ADR process; Blank Ex Parte Application; Blank Case Management Statement; Notice of Stay of Proceedings; Notice of Termination or Modification of Stay; Notice of Settlement of Entire Case;

Statement of Agreement or Non-Agreement; ADR information.

Form Approved for Optional Use
Judicial Council of California
POS-040(D) [New January 1, 2005]

**ATTACHMENT TO PROOF OF SERVICE—CIVIL (DOCUMENTS SERVED)**

*(Proof of Service)*

Page 3 of 3

Legal
Solutions
Plus

**POS-040**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>PATRICK K. FAULKNER, COUNTY COUNSEL<br>JACK F. GOVI, ASST COUNTY COUNSEL SBN 88483<br>Office of the County Counsel<br>3501 Civic Center Drive, Suite 303<br>San Rafael, CA 94903<br>TELEPHONE NO.: (415) 499-6117    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Petitioners | FOR COURT USE ONLY<br><br>FILED<br><br>SEP 20 2007<br><br>KIM TURNER, Court Executive Officer<br>MARIN COUNTY SUPERIOR COURT<br>By: C. Larson, Deputy |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Marin<br>STREET ADDRESS: Marin Civic Center, Hall of Justice<br>MAILING ADDRESS: P. O. Box 4988<br>CITY AND ZIP CODE: San Rafael, CA 94903-4988<br>BRANCH NAME: Juvenile |

| | |
|---|---|
| PETITIONER/PLAINTIFF: ED BERBERIAN, et al.<br><br>RESPONDENT/DEFENDANT: ALVIN HANSEN, WILLIAM THOMSON and<br>ROBERT SUDAR | |
| **PROOF OF SERVICE—CIVIL** | CASE NUMBER:<br>CV-072786 |
| Check method of service *(only one)*:<br>☐ By Personal Service  ☒ By Mail  ☐ By Overnight Delivery<br>☐ By Messenger Service  ☐ By Facsimile  ☐ By E-Mail/Electronic Transmission | JUDGE: Duryee<br>DEPT.: L |

***(Do not use this Proof of Service to show service of a Summons and Complaint.)***

1. At the time of service I was over 18 years of age and **not a party to this action.**

2. My address is *(specify one):*

   a. ☒ Business: Office of the County Counsel b. ☐ Residence:
3501 Civic Center Drive, Suite 303
San Rafael, CA 94903

3. On *(date):* 9/20/07      I served the following **documents** *(specify):*

   ☒ The documents are listed in the *Attachment to Proof of Service—Civil (Documents Served)* (form POS-040(D)).

4. I served the documents on the **persons** below, as follows:

   a. Name of person served: William Thomson

   b. Address of person served: 1911 Douglas Blvd., suite 85-439
                   Roseville, CA 95661

   c. Fax number or e-mail address of person served, if service was by fax or e-mail:

   d. Time of service, if personal service was used:

   ☐ The names, addresses, and other applicable information about the persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

5. The documents were served by the following means *(specify):*

   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 4.
      (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

| | | |
|---|---|---|
| Approved for Optional Use<br>Council of California<br>[new January 1, 2005] | **PROOF OF SERVICE—CIVIL**<br>**(Proof of Service)** | Legal<br>Solutions<br>Plus | Code of Civ. Proc., §§ 1011,<br>1013, 1013a, 2015.5 |

POS-040(D)

| SHORT TITLE: BERBERIAN v HANSEN, ET AL | CASE NUMBER:<br>CV-072786 |
| --- | --- |

## ATTACHMENT TO PROOF OF SERVICE—CIVIL (DOCUMENTS SERVED)

*(This Attachment is for use with form POS-040)*

The documents that were served are as follows *(describe each document specifically)*:

Notice of Hearing on Petitioners' Request to Strike False Judgment Liens, for Costs, Attorney Fees and Civil Penalties Against Respondents, to Strike False Judgment Liens from Vendor List to Enjoin Respondents from Filing Future Encumbrances or Judgment Liens Against Petitioners and Their Counsel,

Patrick Faulkner and Jack Govi, and for Further Relief Against Respondents Pursuant to California Government Code §6223, et Seq.; Petitioners' Ex Parte Reqeuest for the Court to Order a Hearing on Petitioners' Request; Petitioners ' Petitition and memorandum of Points and Authorities in Support of Petition to Strike False Liens, et al.,

Notice of Case Management Conference; Court packet to Plaintiff including: Blank Stipulation to Use of ADR process; Blank Ex Parte Application; Blank Case Management Statement; Notice of Stay of Proceedings; Notice of Termination or Modification of Stay; Notice of Settlement of Entire Case;

Statement of Agreement or Non-Agreement; ADR information.

Form Approved for Optional Use
Judicial Council of California
POS-040(D) [New January 1, 2005]

**ATTACHMENT TO PROOF OF SERVICE—CIVIL (DOCUMENTS SERVED)**
*(Proof of Service)*

Page 3 of 3

Legal
Solutions
& Plus

# EXHIBIT "F"

November 19, 2007

Jack F. Govi
Assistant County Counsel
County of Marin
3501 Civic Center Drive, Suite 303
San Rafael, CA 94903

**Re:**   Berberian, et al., v. Hansen, et al;
          Marin Superior Court No. CV 072786

Dear Mr. Govi,

As you know, I am listed as a Respondent in the above referenced case wherein you seek to have judgment liens stricken as well as other relief.

I have indicated to you that while my signature appears on the judgment liens, I did not authorize the filing of such judgment liens.

Additionally, you have requested that I confirm that I reside and am domiciled in California. This letter will confirm the fact that I am a resident of California and am domiciled here. Also, I am the caretaker for Mr. Alvin Hansen who is also a Respondent in the above referenced matter. Mr. Hansen is also a resident of California and is domiciled in California.

Finally, you have asked whether I am acquainted with Robert Sudar who is listed as the beneficiary of the Pennebanc Trust. I am well acquainted with Mr. Sudar and he is well acquainted with me and Mr. Hansen. He is aware that we live in California.

Should you have any further questions, please do not hesitate to contact me.

Sincerely,

William Thomson

25423.doc

# EXHIBIT "G"

PATRICK K. FAULKNER, COUNTY COUNSEL
Jack F. Govi, Assistant County Counsel SBN 88483
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for the Petitioners

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD BERBERIAN, TOM BROWN,
YVETTE MARTINEZ, LINDA WITONG,
VERNA ADAMS, JOHN SUTRO, JOAN

THAYERR AND PAULA KAMENA,
Petitioners,

vs.

ALVIN HANSEN, WILLIAM THOMSON
AND ROBERT SUDAR,

Respondents.

_____/

Case No. C07 5446

**DECLARATION OF JACK F. GOVI IN
SUPPORT OF PETITIONERS'
MOTION FOR REMAND**

[28 U.S.C. 1447(c)]

I, Jack F. Govi, hereby declare:

1.    I have personal knowledge of the facts outlined below and am competent to testify to each and every such fact.

2.    I am the Assistant County Counsel of the County of Marin. I was assigned to represent the Petitioners in the above entitled matter and am representing Petitioners in the Marin

25504.doc

Superior Court case where they seek to have false judgment liens stricken [Berberian, et al. v. Hansen, et al.; Marin Superior Court Case No. CV 07 2786].

3.      Petitioners requested our office to assist them in removing judgment liens that were filed by Respondents against them with the Secretary of State.  Based upon a careful examination of the case, I believe that the only contact that Petitioners had with the Respondents was the prosecution of the criminal action against Respondent Robert Sudar for alleged crimes that he committed in Marin County.  Respondents filed the judgment liens to harass, annoy and intimidate the Petitioners in the performance of their public duties.  The filing of such judgment liens can have a negative impact on the credit and credit rating of the Petitioners since banks and credit agencies obtain the judgment liens from the Secretary of State on a regular basis.

4.      Petitioners filed the Marin County Superior Court action against the Respondents on June 13, 2007.  It took several months to track down and serve the Respondents in that action. In particular, Respondent Sudar was very difficult to locate because the address that he provided to the Court proved only to be a mailbox service in Las Vegas.  In spite of the difficulty, the Respondents were located and served between July 8, 2007 and September 24, 2007.

4.      Respondent Sudar was personally served on September 24, 2007.  The dispositive hearing on the Petition to remove the judgment liens was scheduled to occur on November 6, 2007.  On October 24, 2007, Respondent Sudar filed a Notice of Removal on the grounds of diversity of citizenship.  The record establishes that two of the Respondents (Thomson and Hansen) reside in and are domiciled in California and that Respondent Sudar is well aware of this fact.  Additionally, it is clear that the amount in controversy in far less than the minimum $75,000 required for federal court jurisdiction.  Consequently, it is clear that Respondent Sudar

filed the Notice of Removal for one reason and one reason only: to thwart the ability of the Petitioners to have their case heard in a timely manner, thus, perpetuating his pattern of intimidation and harassment.

5.    Respondent Thomson has sent a letter to counsel for Petitioners that confirms his residency and domicile in California as well as the California residency and California domicile of Respondent Hansen. He also states in that letter that Respondent Sudar is aware of these facts. That letter is attached to the Motion as Exhibit F. This letter was faxed to counsel for Petitioners on November 19, 2007, and was faxed after a conversation between Respondent Thomson and myself wherein he set forth each and every fact contained in his letter.

5.    Upon notice of the Removal, I expended a minimum of ten hours to prepare the Notice of Motion and Motion to Remand this case back to state court. I estimate another four hours of legal services to prepare for the hearing on the Motion, travel to the hearing on the Motion and argue the Motion. Thus, I will have expended a total of fourteen (14) hours to remove this case back to the Marin County Superior Court. The Office of the County Counsel charges my time to special districts at $175 per hour. I have practiced law for 27 plus years. The customary hourly rate for attorneys in the Bay Area with commensurate experience is $250 per hour. I am requesting the Court to award Petitioners a minimum of $2,450.00 in attorney fees (14 x $175 per hour) or $3500.00 (14 x $250) if the Court awards the customary fee in the Bay Area. Petitioners are requesting that the Court order Respondent Sudar to pay such attorney fees to Petitioners.

//

//

6.    In the case pending in Marin Superior Court, Petitioners have requested statutory penalties against Respondents totaling $40,000.00 plus costs and attorney fees.    Those attorney fees amount to $15,000.00 and costs are nominal (i.e., less than $5000).


        I declare under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 20th day of November 2007.


_____

Jack F. Govi, Assistant County Counsel