PATRICK K. FAULKNER, COUNTY COUNSEL
Jack F. Govi, Assistant County Counsel SBN 88483
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for the Petitioners

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BERBERIAN, TOM BROWN, YVETTE MARTINEZ, LINDA WITONG, VERNA ADAMS, JOHN SUTRO, JOAN THAYER and PAULA KAMENA | Case No. C07 5446 SI<br><br>PROPOSED ORDER GRANTINPETITIONERS' MOTION TO REMAND TO MARIN SUPERIOR COURT AND ORDER GRANTING COSTS AND ATTORNEY FEES<br>[28 U.S.C. 1447(c)] |
| vs. | |
| ALVIN HANSEN, WILLIAM THOMSON AND ROBERT SUDAR, | |
| Respondents. | |

This Court has considered the pleadings filed and heard the arguments of both parties. GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1. This matter is remanded back to Marin County Superior Court on the grounds that there is no diversity of citizenship and the amount in controversy is less than the minimum required for federal court jurisdiction.

25559.doc

2. Respondent Robert Sudar is hereby ordered to pay Petitioners' counsel, the Marin County Counsel $2,450.00 in attorney fees on the grounds that Respondent had no objectively reasonable basis to file a Notice of Removal to federal court.

Dated:        January __, 2008

_____
Susan Illston, Judge of the District Court
United States District Court
Northern District of California