IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD BERBERIAN,                    No. C 07-05446SI

       Plaintiff,                            **NOTICE**

  v.

ALVIN HANSEN,

       Defendant.
                                       /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion to remand has been continued to Friday, January 25, 2008, at 9:00 a.m.

The initial case management conference has been scheduled to occur on Friday, February 15, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: November 28, 2007                                 RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk