**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 25, 2008

Marin County Superior Court
Hall of Justice
Marin County Civic Center
3501 Civic Center Drive
San Rafael, California 94903

RE:  CV 07-05446 SI     EDWARD BERBERIAN-v-ALVIN HANSEN
     Your Case Number: (CV 072786)

Dear Clerk,

     Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (X)    Certified copies of docket entries

        (X)    Certified copies of Remand Order

        ( )    Other

     Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

/s/

by:  Yumiko Saito
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg