Alvin Jones Case 3:07-cv-05446 SJD Document 17 Filed 05/30/2008 Page 1 of 5

Plain to Sheriff 3Rd Habeas Corpus Writ    May 26, 2008
· May 17, 2008

FILED

*U.S. District Court
San Francisco.
Clerk.

MAY 3 0 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 07-5446 WHA
Jack Gov. Minter
2nd Hearing January 18, 2008

Kindly Have U.S. Marshall
Serve Notice of Hearing
Under my Right and
Disability being Kidnapped
By Placer County Sheriff
in Criminal Contempt of
3Rd Habeas Corpus Writ
Served May 17, 2008 on
Sheriff and all Parties:

Request Clerk To Serve Notice
of Contempt, Show Cause
Hearing JUNE 6, 2008 By
U.S. Marshall,
Statutory.

Declaration

plantiff is Kidnapped, Disabled 76 years old victim of Elder Abuse CPC 422.6 Stolen Social Security pension since 1993. And Entitled to This Right, priviledge, and is Totally immune from suit or criminal prosecution By ID Trust Thieves C. Randol Stowe Esq. John Hansen, Bill Thompson Etel and planned murder under US Constitution. "With Liberty & Justice for All" (sic) and All civil & penal Codes state & Federal. CPC 186.5, 182, 166, 422.5, 490, 18 USC 371, 1951, 1341 by is not Judged "Incompetent" By Felon Doctor Judge Debra schmidt To Deny Trial.

Attest

when is the truth & Justice?

Hand Copied Denied Copies.

①

Pennibank Trust/IRA Trust Edw 93-1129200
Delaware Settlemt Trust Stolen cusip 9314600
Alvin Joseph Hansen, Trustee Kidnapped
Vernon Joseph Hansen, Co-Trustee
ID Theft 1993-2008
Leonard Padilla PI 530-885-6900
CEO
#1 Google ID Theft

May 26, 2008
Writ filed May 17, 2008

## UNITED STATES DISTRICT COURTS
### San Francisco, Delaware 93-292 Settlemt, Nevada 94-428

| | |
|---|---|
| Alvin Joseph Hansen, Trustee Kidnapped, murdered, Criminal Contempt CPC 166 Sudar, Hansen, Thomson Expected Plaintiffs | Show Cause Case No. 07-5446 Govi Motion To Set Hearing June 6, 2008 Criminal Contempt 18 USC 371 Compl 3rd Habeas Corpus Writ, Summons all parties By U.S. Marshall Statutory, U.S. Constitution. |

V.

EDWARD N. BONNER, Sheriff
Placer County, Colleen Nichols
C. Randall Stone Esq
John P. Hansen, Thomson
Robert Distasio
ID Trust Imposters UCC 3-304
Defendants Felons

I am Trust Attorney-trustee on abandonment of counsels Soll, chapman

1. Contempt 3rd Habeas Corpus Writ on Sheriff Bonner May 17 is not obeyed, Held in criminal Contempt, CPC 166

2. Kidnapped victim is Blocked from appearing in court legally dead CPC 182

3. Plaintiff Sets Hearing at JUNE 6, 2008 with statutory Summons To be served on all persons UCC Judgment Lien Debtors ID, Trust imposters By U.S. Marshall To appear in this court and Show Cause why they should not be Held in criminal Contempt & prosecuted for Federal estate crimes in interstate commerce 18 USC 1951 Hobbs Act Trust theft By Forgery, Mail Theft, Kidnap, October 15, 2007 to present.

Hand Copied Served Copies

4. Defendants Confessed crimes to Padilla PI Carolyn

5. For Examination, accounting to victims & IRS for Embezzlement & surrender of all stolen mail, Books Records of Felony Trade & Recovery as mandated by Law. 18 USC 1951 Hobbs Act Commerce Laws, USC 1341b,

6. State of California, Jenny Brown and Placer County filed False criminal Charge October 15, 2007 To aid and abet ID Theft of John Hansen, CEO Thomson & C. Randell Stowe Esq, Robert Dishanoow, (original ID Thief with Alvin James Hansen) To continue criminal profiteering in violation of 1938 Securities Laws and Commerce,

7. Plaintiff Victim is "Legally Dead" under CPC 182, 186.5

8. Plaintiff charges & Demands arrest of all persons who committed and aided & abetted This Evil maleuolent crime against public Justice and The Law of The United States of America.    "With Liberty & Justice for All"?
   Damages Treble To be on proof.

9. Plaintiff is absolutely entitled To There Rights as a matter of Law. To his Freedom & Life & Liberty. & Protection of P.ENN.I.BANC.TRUST.

Clerk, please perform Ministerial Duty,

Sincerly

✳ ✳ I obtained Judgment for Dishanoow ID Tryst Theft From SF Superior Court April 22, 2004, arresting terminating Further Theft Case No 968484

Ⓔ                Hand Copied Denied Copies By Jal

Proofs of Service on Sheriff
  AND individual PARTES. CCP 1017-1018
  & Secretary of State Debra Bowen
  VCCTRUST Master 30 YR FILE NO 07-7121163917


May 17. Service on Sheriff BONNER & All Parties By Sheriff.
  "  20. Service on individual parties: Collette Gahr plaw Co,
     investigators, Leonard Padilla PI, Dusty Hannison PI
     John P. Hanshas, Randal Stone ESQ, William Thomson JELLs
     CEO. Marvin & Ginger Reis Sabrina, & Home Caretakers
     (Home is Federal, State Crime Scene.)

  "  21. Colleen Nichols, Judge Dobton Felon, Related To Jerry Brown
     Dishonoron VCC Judgmt Lien Debtors Felon Master File
  "  23. Filing with USDC Case No 07-5446 Sudan Hanshas
  "  24. Research new information on Sheriff BONNER + Padilla pi
  "  25. Service on Investigator Gohr, Judge Collen Nichols,
     Debra Shmidt Phd. False Med Report CPC 470.1 Felony.

          Phon Nos of parties:
       Padilla PI Carolyn. 530-885-6900
       Nancy Bailey, Sol Wright ESQ 530-888-1135 Bail Ondstat
       John P. Hanshas Im Puster 541-772-6500 664-2300
       C Randle Stone ESQ James Odom MesaAZ. 804-304-8530
       William E. Judge Thomson CEO. (Fanny) 916-425-3738-663-9441
       Allen E Matthews 714-322-6322
       Dennis, BrendaDiRiccio, Debtors Daghter 702-606-5005
       Marvin E Ginger Reis Caretakers of Sabrina E Home
       (Crime Scene) 1007 Darling Way Roseville, Ca.
                           916-786-2730



  ①           Hand Copied Denied Copies

## YOLO COUNTY SUPERIOR COURT

# Rare race pits judge, prosecutor

## Incumbents seldom face opposition; challenger levels harsh criticism.

**By Hudson Sangree**
*hsangree@sacbee.com*

It's been 20 years since a sitting judge faced an election challenge in Yolo County, where, as throughout most of the state, incumbents on the bench can expect to run unopposed.

This year, however, is different, and the race between veteran Judge Timothy Fall and prosecutor James Walker has become especially testy.

Walker claims that for years, Fall has been known as a judge who humiliates lawyers, jurors and witnesses in his courtroom and abuses his judicial authority.

"He has a history of berating attorneys for not being prepared or on time," Walker said.

Most lawyers won't criticize a judge openly because they fear retaliation, Walker said.

"But if people told the truth, they would tell you what a terrible judge he is," the prosecutor contended.

Walker, 52, is a former Air Force officer who went to law school later in life.

A Yolo County prosecutor for 13 years, he has had cases ranging from
▶ YOLO, Page B4

---

## MENTARY
## inable agriculture model

uits and Vegetables proves capitalism can go iand with sustainable farming. And buying is age of rising food costs can catch on. | **B6**