Alvin Joseph Johnston, Trusts
Kidnapped UCC Jl Creditor
UCC No 07-7121163417
Please to Jail,
2775 Richardson Dr.
Auburn, Ca. 95603

Habeas Corpus Unit
Urgent Do Not Delay
Motion Hearing Date June 20, 2008

United States District Court #5
California Street
San Francisco, Ca. 94102



US POSTAGE $00.42
PITNEY BOWES
MAY 27 2008
MAILED FROM ZIP CODE 95603
0004235960
02 1M